AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

**APPEARANCE**

Case Number: 07 CIV. 7962 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant, SAAED MOSLEM.

I certify that I am admitted to practice in this court.

| 11/13/2007 | |
|---|---|
| Date | Signature |

| ANDREW H. DE PODWIN | AD 3678 |
|---|---|
| Print Name | Bar Number |

De PODWIN & MURPHY, ESQS.
500 AIRPORT EXECUTIVE PARK - SUITE 502
Address

| NANUET | NY | 10954-5238 |
|---|---|---|
| City | State | Zip Code |

| (845) 371-2300 | (845) 352-3253 |
|---|---|
| Phone Number | Fax Number |