| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK COUNTY OF | AFFIDAVIT OF SERVICE |

**VERMONT MUTUAL INSURANCE COMPANY**

ATTORNEY: DEPODWIN
FF/INDEX #: 07 CIV 07962 (SC
DATE FILED: 11/27/07
DOCKET #:

Plaintiff(s)/Petitioners(s)

- AGAINST -

**SAAED MOSLEM**

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 1/17/08 at 11:05 AM at 562 ROUTE 17-M
MONROE, NEW YORK 10950

deponent served the within THIRD PARTY SUMMONS IN A CIVIL ACTION & THIRD PARTY COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE ROBINSON, 3RD AMENDED INSTRUCTION & PROCEDURES & GUIDELINES FOR FILING AN ELECTRONIC CASE OR APPEAL

on PARIETTI & McGUIRE INSURANCE AGENCY therein named

CORPORATION ☑ By delivering to and leaving with DOUG PARIETTI and that he knew the person
so served to be the OFFICER of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

MALE, WHITE SKIN, BROWN HAIR, 45-50 YRS., 6'1", 185 LBS.

Other identifying features:

Sworn to before me on: 1/18/08

MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958