%AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PLAINTIFF
VERMONT MUTUAL INSURANCE COMPANY

V. DEFENDANT AND THIRD PARTY PLAINTIFF

SAAED MOSLEM

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07 CIV 07962 (SCR)

V. THIRD PARTY DEFENDANT
PARIETTI & McGUIRE INSURANCE AGENCY, and "DOUG" PARIETTI a/k/a
DOUGLAS PARIETTI, individually and in his capacity as an
officer, agent or manager of Parietti & McGuire Insurance Agency,
jointly and severally

To: Name and address of Third Party Defendant

**PARIETTI & McGUIRE INSURANCE AGENCY**
**562 ROUTE 17-M**
**MONROE, NY 10950**

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| JAMES W. BORKOWSKI, ESQ.<br>445 HAMILTON AVENUE - 15TH FLOOR<br>WHITE PLAINS, NY 10601<br>(914) 946-4777 | De PODWIN & MURPHY, ESQS.<br>(BY: ANDREW H. De PODWIN, ESQ.)<br>500 AIRPORT EXECUTIVE PARK - SUITE 502<br>NANUET, NY 10954-5238<br>(845) 371-2300 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                                                                         NOV 27 2007

CLERK                                                                                     DATE

_[signature]_
(By) DEPUTY CLERK