UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
VERMONT MUTUAL INSURANCE COMPANY,   :   07 CV 07962 (SCR)

    Plaintiff,   :   (United States District Judge Robinson)

   – against –   :

SAEED MOSLEM and COUNTRY-WIDE HOME LOANS,

**NOTICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1 STATEMENT**

    Defendants.
------------------------------------------------------------------------x

SAEED MOSLEM,

    Third Party Plaintiff,

   – against –

PARIETTI & McGUIRE INSURANCE AGENCY and "DOUG" PARIETTI a/k/a DOUGLAS PARIETTI, individually and in his capacity as an Officer, Agent or Manager of Parietti & McGuire Insurance Agency,

    Third Party Defendants.
------------------------------------------------------------------------x

    Third Party Defendants, SINCE 1964, INC. d/b/a PARIETTI & McGUIRE i/s/h/a PARIETTI & McGUIRE INSURANCE AGENCY and DOUGLAS PARIETTI, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court, pursuant to Federal Rule of Civil Procedure 7.1, that Since 1964, Inc. is not a publicly held company and is not owned by, nor does it own, any publicly held companies, nor does it have any corporate parent.

Dated: Monroe, New York
        February 6, 2008

                                          Yours, etc.

1879710.1

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
NANCY QUINN KOBA (1811)
*Attorneys for Third Party Defendants*
Since 1964, Inc. d/b/a Parietti & McGuire i/s/h/a Parietti & McGuire Insurance Agency and
Douglas Parietti
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
nancyquinn.koba@wilsonelser.com
File No. 10049. 00117

To: De Podwin & Murphy, Esqs.
Attorneys for Defendant/Third Party Plaintiff,
Saaed Moslem
500 Airport Executive Park-Suite 502
Nanuet, New York 10954-5238
(845) 371-2300
By: Andrew H. DePodwin, Esq.

James W. Borkowski, Esq.
Attorney for Plaintiff
Vermont Mutual Insurance Company
445 Hamilton Avenue-15th Floor
White Plains, New York 10801
(914) 946-4777

Country-Wide Home Loans
(Address unknown)