UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
VERMONT MUTUAL INSURANCE COMPANY,   CASE NO. **07 CIV 7962 (SCR)**

                Plaintiff,   **ECF CASE**

        -against-

SAAED MOSLEM and COUNTRY WIDE   **RULE 7.1 STATEMENT**
HOME LOANS,

                Defendants.
-------------------------------------------------------------------x
-------------------------------------------------------------------x
SAAED MOSLEM,

        Third Party Plaintiff,

        -against-   **RULE 7.1 STATEMENT**

PARIETTI & McGUIRE INSURANCE AGENCY,
and 'DOUG" PARIETTI a/k/a DOUGLAS PARIETTI,
individually and in his capacity as an Officer, Agent
or Manager of Parietti & McGuire Insurance
Agency,

        Third Party Defendants.
-------------------------------------------------------------------x

Pursuant to the Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant/third party plaintiff, SAAED MOSLEM, (an private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE.**

Dated:   Nanuet, New York
         May 8, 2008

> Yours, etc.,
>
> _____
> ANDREW H. De PODWIN, ESQ. (AD 3678)
> De PODWIN & MURPHY, ESQS.
> Attorneys for Defendant/Third Party
>    Plaintiff, SAAED MOSLEM
> 500 Airport Executive Park - Suite 502
> Nanuet, New York 10954-5238
> (845) 371-2300