# EXHIBIT "A"

Orange & Rockland

RECEIVED DEC 15 2006 By

## View Billing History

Name on Account: SAAED MOSLEM
Account Number: 08922-95028
Service Address: 2280 ROUTE 302
CIRCLEVILLE, NY 10919

| Billing Period Start | End | Electricity Use (KWH) | Electric Demand (KW) | Electric Service Amount | Gas Use (CCF) | Gas Service Amount | Total Service Amount |
|---|---|---|---|---|---|---|---|
| 10-10-2006 | 11-21-2006 | 476 | 0.0 | $72.36 | 0 | $0.00 | $72.36 |
| 09-11-2006 | 10-10-2006 | 506 | 0.0 | $86.32 | 0 | $0.00 | $86.32 |
| 08-08-2006 | 09-11-2006 | 824 | 0.0 | $146.52 | 0 | $0.00 | $146.52 |
| 07-11-2006 | 08-08-2006 | 942 | 0.0 | $164.09 | 0 | $0.00 | $164.09 |
| 06-09-2006 | 07-11-2006 | 54 | 0.0 | $17.67 | 0 | $0.00 | $17.67 |
| 05-09-2006 | 06-09-2006 | 37 | 0.0 | $13.20 | 0 | $0.00 | $13.20 |
| 04-10-2006 | 05-09-2006 | 14 | 0.0 | $10.47 | 0 | $0.00 | $10.47 |
| 03-10-2006 | 04-10-2006 | 17 | 0.0 | $10.67 | 0 | $0.00 | $10.67 |
| 02-09-2006 | 03-10-2006 | 18 | 0.0 | $10.96 | 0 | $0.00 | $10.96 |
| 01-11-2006 | 02-09-2006 | 19 | 0.0 | $11.33 | 0 | $0.00 | $11.33 |
| 12-09-2005 | 01-11-2006 | 22 | 0.0 | $12.06 | 0 | $0.00 | $12.06 |
| 11-10-2005 | 12-09-2005 | 17 | 0.0 | $11.13 | 0 | $0.00 | $11.13 |
| 08-11-2005 | 11-10-2005 | 407 | 0.0 | $95.81 | 0 | $0.00 | $95.81 |
| 07-18-2005 | 08-11-2005 | 807 | 0.0 | $143.63 | 0 | $0.00 | $143.63 |

* Amounts reflect energy use only. Miscellaneous adjustments and late payment charges are not included.

https://q050-w5.coned.com/cimswebserv/myaccount/billinghistory.asp    12/15/2006