# EXHIBIT "B"

DOROTHY H. INGRASSIA
2006 PROPERTY TAX

* For Fiscal Year  January 1, 2006 to December 31, 2006        * Warrant Date January 1, 2006

Bill No.        001014
Sequence No.    000763
Page No.        01 of 01

MAKE CHECKS PAYABLE TO    TO PAY IN PERSON

DOROTHY H. INGRASSIA
RECEIVER OF TAXES
99 TOWER DRIVE BLDG A
MIDDLETOWN, NY 10941-2026

SWIS S/B/L ADDRESS & LEGAL DESCRIPTION
335200      10-1-15

Address: 2276/2280 Rte 302
Muni:    Wallkill
School:  Pine Bush Csd
NYS Tax & Finance School District Code:
Property Class: 280 Multiple res

Parcel Acreage:    3.50
Account No.
Bank Code
Mortgage No.
Estimated State Aid:   CNTY  65,054,325
                       TOWN     258,428

Frohbose John H
721 Goshen Tpke
Circleville, NY 10919

Roll Sect.  1

## PROPERTY TAXPAYER'S BILL OF

The assessor estimates the Full Market Value of this property as of January 1, 2006
The Total Assessed Value of this property is:                              $225,500.00
The Uniform Percentage of Value used to establish assessments in your municipality was:  $45,100.00
                                                                                          20

If you feel your assessment is too high, you have the right to seek a reduction in the future. For further information, please ask your assessor for the booklet "How to File a Complaint on Your Assessment". Please note that the period for filing complaints on the above assessment has passed.

| Exemption | Value | Tax Purpose | Exemption | Value | Tax Purpose | Exemption | Value | Tax Purpose |
|---|---|---|---|---|---|---|---|---|

### PROPERTY TAXES

| Taxing Purpose | Total Tax Levy | % Change From Prior Year | Taxable Assessed Value or Units | Rates per $1000 or per Unit | Tax Amount |
|---|---|---|---|---|---|
| County  | 99,102,312 | 4.1  | 45,100.00 | 14.235200 | 642.01 |
| Town    | 2,978,907  | -5.3 | 45,100.00 | 5.761800  | 259.86 |
| Highway | 4,111,536  | 18.1 | 45,100.00 | 7.906200  | 356.57 |
| Circleville fire | 477,704 | 11.4 | 45,100.00 | 4.093700 | 184.63 |
| Thrall library   | 1,295,976 | 2.1 | 45,100.00 | 2.757000 | 124.34 |

Property description(s):

PAYMENT SCHEDULE:
| Pay By: | Penalty/Interest | Amount | Total Due |
|---|---|---|---|
| 01/31/2006 | $0.00  | $1,567.41 | $1,567.41 |
| 02/28/2006 | $15.67 | $1,567.41 | $1,583.08 |
| 03/31/2006 | $32.35 | $1,567.41 | $1,599.76 |

TOTAL TAXES DUE:              $0.00
*Does not include penalty/interest*
Original Bill Amount:       $1,567.41

Apply For Third Party Notification By:

---

Town Of:  Wallkill
School:   Pine Bush Csd
Property Address: 2276/2280 Rte 302

Frohbose John H
721 Goshen Tpke
Circleville, NY 10919

RECEIVER'S STUB

Payments Received:
Frohbose John H        01/31/2006  Check:     $1,567.41

Bill No:  001014
          335200       10-1-15
Bank Code:

TOTAL TAXES
$0.00
Original Bill Amount
$1,567.41

RECEIVER'S STUB MUST BE RETURNED WITH PAYMENT. FOR A RECEIPT OF PAYMENT, PLACE A CHECK MARK IN THIS BOX [ ] AND RETURN THE ENTIRE BILL WITH PAYMENT.

DOROTHY H. INGRASSIA
2007 PROPERTY TAX

* For Fiscal Year January 1, 2007 to December 31, 2007   * Warrant Date January 1, 2007

Bill No. 001022
Sequence No. 001022
Page No. 01 of 01

MAKE CHECKS PAYABLE TO   TO PAY IN PERSON
DOROTHY H. INGRASSIA
RECEIVER OF TAXES
99 TOWER DRIVE BLDG A
MIDDLETOWN, NY 10941-2026

SWIS S/B/L ADDRESS & LEGAL DESCRIPTION
335200   10-1-15
Address: 2276/2280 Rte 302
Muni: Wallkill
School: Pine Bush Csd
NYS Tax & Finance School District Code:
Property Class:

Roll Sect. 1
Parcel Acreage: 3.20
Account No.
Bank Code B031730
Mortgage No.
Estimated State Aid: CNTY 73,844,928
TOWN 262,000

Moslem Saaed
483 County Route 105
Monroe, NY 10950

PROPERTY TAXPAYER'S BILL OF

The assessor estimates the Full Market Value of this property as of January 1, 2007   $316,667.00
The Total Assessed Value of this property is:   $57,000.00
The Uniform Percentage of Value used to establish assessments in your municipality was:   18

If you feel your assessment is too high, you have the right to seek a reduction in the future. For further information, please ask your assessor for the booklet "How to File a Complaint on Your Assessment". Please note that the period for filing complaints on the above assessment has passed.

| Exemption | Value | Tax Purpose | Exemption | Value | Tax Purpose | Exemption | Value | Tax Purpose |
|---|---|---|---|---|---|---|---|---|

PROPERTY TAXES

| Taxing Purpose | Total Tax Levy | % Change From Prior Year | Taxable Assessed Value or Units | Rates per $1000 or per Unit | Tax Amount |
|---|---|---|---|---|---|
| County | 112,262,700 | 13.2 | 57,000.00 | 16.499700 | 940.48 |
| Town | 2,744,683 | -7.0 | 57,000.00 | 5.606000 | 319.54 |
| Highway | 3,957,697 | -3.7 | 57,000.00 | 7.932400 | 452.15 |
| Circleville fire | 601,418 | 25.8 | 57,000.00 | 5.089800 | 290.12 |
| Thrall library | 1,363,589 | 5.2 | 57,000.00 | 2.848400 | 162.36 |

Property description(s):

PAYMENT SCHEDULE:

| Pay By: | Penalty/Interest | Amount | Total Due |
|---|---|---|---|
| 01/31/2007 | $0.00 | $2,164.65 | $2,164.65 |
| 02/28/2007 | $21.65 | $2,164.65 | $2,186.30 |
| 03/31/2007 | $44.29 | $2,164.65 | $2,208.94 |

TOTAL TAXES DUE:
*Does not include penalty/interest*   $0.00
Original Bill Amount:   $2,164.65

Apply For Third Party Notification By:

---

Town Of: Wallkill
School: Pine Bush Csd
Property Address: 2276/2280 Rte 302

Moslem Saaed
483 County Route 105
Monroe, NY 10950

RECEIVER'S STUB
Payments Received:
COUNTRYWIDE   01/31/2007 Check:   $2,164.65

Bill No: 001022
335200   10-1-15
Bank Code: B031730

TOTAL TAXES $0.00
Original Bill Amount $2,164.65

RECEIVER'S STUB MUST BE RETURNED WITH PAYMENT. FOR A RECEIPT OF PAYMENT, PLACE A CHECK MARK
IN THIS BOX [ ] AND RETURN THE ENTIRE BILL WITH PAYMENT.

REPLACEMENT BILL 2007 STATEMENT OF SCHOOL TAXES FOR PINE BUSH CENTRAL SCHOOL DISTR

**COLLECTOR'S ADDRESS:**
TAX COLLECTOR
PINE BUSH CENTRAL SCHOOL DISTR
PO BOX 968
PINE BUSH, NY 12566

Fiscal Year: 07/01/2007-06/30/2008   State Aid: $48,869,979.00   Bill No: 12439

**PROPERTY TAXPAYER'S BILL OF RIGHTS**
The Assessor estimates the Full Market Value of this property as of July 1, 2006 was: $248,333
The Assessed Value of this property as of July 1, 2007 was: $44,700
The Uniform Percentage of Value used to establish assessments was: 18%

| Exemption | Value | Full Value Tax Purpose | Exemption | Value | Full Value Tax Purpose |
|---|---|---|---|---|---|

335200   TOWN OF Wallkill

SBL: 10-1-15
Owner: Moslem Saaed    Bank: B031730
483 County Route 105
Monroe, NY 10950

**Property Information**
Dimensions: 3.2 ACRES
Location 2276/2280 Rte 302

NYS Tax & Finance School District Code: 495
Roll Section: 1
Property Class: 1 FAMILY RES

*IF YOU HAVE AN ESCROW ACCOUNT PLEASE FORWARD THIS BILL TO YOUR BANK*

| LEVY DESCRIPTION | TOTAL TAX LEVY | % CHANGE OF LEVY FROM PRIOR YEAR | TAXABLE VALUE | TAX RATE PER $1000 | TAX AMOUNT |
|---|---|---|---|---|---|
| PINE BUSH SCH | 42,002,549 | 4.8 | 44,700.00 | 77.095800 | 3,446.18 |

PD BY COUNTRYWIDE

TOTAL $   $3,446.18

| If Paid By: | Penalty % | Amount | Penalty | Total Tax Due |
|---|---|---|---|---|
| 09/01-10/01/2007 | 0.0% | $3,446.18 | $0.00 | $3,446.18 |
| 10/02-10/31/2007 | 2.0% | $3,446.18 | $68.92 | $3,515.10 |
| 11/01-11/02/2007 | 3.0% | $3,446.18 | $103.39 | $3,549.57 |

*KEEP TOP PORTION OF BILL FOR YOUR RECORDS*

ACEMENT BILL        2007 STATEMENT OF SCHOOL TAXES FOR PINE BUSH CENTRAL SCHOOL DISTR

LLECTOR'S ADDRESS:
: COLLECTOR
E BUSH CENTRAL SCHOOL DISTR
3OX 968
E BUSH, NY 12566

Fiscal Year: 07/01/2007-06/30/2008    State Aid: $48,869,979.00    Bill No: 12439

**PROPERTY TAXPAYER'S BILL OF RIGHTS**
The Assessor estimates the Full Market Value of this property as of July 1, 2006 was:   $248,333
The Assessed Value of this property as of July 1, 2007 was:   $44,700
The Uniform Percentage of Value used to establish assessments was:   18%

)0    TOWN OF Wallkill

10-1-15
r:          Bank: B031730
m Saaed
ounty Route 105
e, NY 10950

| Exemption | Value | Full Value | Tax Purpose | Exemption | Value | Full Value | Tax Purpose |
|---|---|---|---|---|---|---|---|

Property Information
Dimensions: 3.2 ACRES
Location 2276/2280 Rte 302

NYS Tax & Finance School District Code: 495
Roll Section: 1
Property Class: 1 FAMILY RES

*IF YOU HAVE AN ESCROW ACCOUNT PLEASE FORWARD THIS BILL TO YOUR BANK*

| LVY DESCRIPTION | TOTAL TAX LEVY | % CHANGE OF LEVY FROM PRIOR YEAR | TAXABLE VALUE | TAX RATE PER $1000 | TAX AMOUNT |
|---|---|---|---|---|---|
| E BUSH SCH | 42,002,549 | 4.8 | 44,700.00 | 77.095800 | 3,446.18 |

PD BY COUNTRYWIDE

TOTAL $    $3,446.18

| If Paid By: | Penalty % | Amount | Penalty | Total Tax Due |
|---|---|---|---|---|
| 09/01-10/01/2007 | 0.0% | $3,446.18 | $0.00 | $3,446.18 |
| 10/02-10/31/2007 | 2.0% | $3,446.18 | $68.92 | $3,515.10 |
| 11/01-11/02/2007 | 3.0% | $3,446.18 | $103.39 | $3,549.57 |

*KEEP TOP PORTION OF BILL FOR YOUR RECORDS*

| Tax Authority: | PINE BUSH CSD TAX COLL. (CRAWFORD) |
|---|---|
| Parcel Number: | 33520010-1-15 |
| Phone Number: | 845-744-3522 |
| Next Due Date: | 09/01/2008 |
| Projected Amount Due: | $3,446.18 |
| Frequency: | Annually |
| Due Dates: | 9/01 |
| Delinquent Dates: | 9/30 |

| Payment Date | Payment Amount | Check Number |
|---|---|---|
| 09/21/2007 | $3,446.18 | 1371980 |
| 09/25/2006 | $4,378.36 | 7414174 |

Current Information  2 of 2

Our records indicate that your account is impounded. If you receive a copy of your Real Estate tax bill, please keep it for your records as Countrywide receives this information directly from the Taxing Authority.

| Tax Authority: | WALLKILL TOWN TAX COLLECTOR |
|---|---|
| Parcel Number: | 33520010-1-15 |
| Phone Number: | 845-692-7840 |
| Next Due Date: | 01/01/2009 |
| Projected Amount Due: | $1,737.08 |
| Frequency: | Annually |
| Due Dates: | 1/01 |
| Delinquent Dates: | 1/31 |

| Payment Date | Payment Amount | Check Number |
|---|---|---|
| 01/25/2008 | $1,737.08 | 2633457 |
| 01/24/2007 | $2,164.65 | 8626846 |