# EXHIBIT "C"

Form 1098 Instructions

| Recipient's/Lender's name, address, and telephone number<br><br>Countrywide Home Loans<br>Customer Service, SVB-314<br>P.O. Box 5170<br>Simi Valley, CA 93093-5170<br>(800) 669-6607 || *Caution The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. *We encourage you to contact your tax professional for advice.* | OMB No. 1545-0901<br><br>CHL Web Equivalent<br><br>**2006<br>FORM 1098** | **Mortgage Interest Statement** |
|---|---|---|---|---|
| Recipient's Federal ID No.<br><br>13-2631719 | Payer's ID Number (Last 4 digits only)<br><br>XXX-XX-9025 | 1 Mortgage interest received from payer(s)*<br><br>$10,851.04 || Copy B For Payer<br>The information in Boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| Payer's/Borrower's Name and Address<br><br>SAAED MOSLEM<br>483 County Route 105<br>Monroe, NY 10950 || 2 Points paid on purchase of principal residence**<br><br>$0 |||
||| 3 Refund of overpaid interest<br><br>$ |||
| Account Number (Optional)<br><br>100006210 || 4. |||

### 2006 Statement Summary for Account 100006210

| | | | |
|---|---|---|---|
| Total Interest Paid: | $10,851.04 | Ending Escrow Balance, if any: | $251.18 |
| Property Taxes Paid by Countrywide: | $5,945.77 | | |
| Ending Principal Balance: | $181,046.26 | Points Paid at Closing: | $0 |

*NOTE: Escrow balance is not an overage amount. You will be notified on your next Escrow Analysis if an overage exists.
**Your mailed Year End Statement may contain additional information about deductible points on your loan. Please see below.

Form 1099 Instructions

| Payer's name, address, and telephone number<br><br>Countrywide Home Loans<br>Customer Service, SVB-314<br>P.O. Box 5170<br>Simi Valley, CA 93093-5170<br>(800) 669-6607 | | Payer's RTN (Optional) | OMB No. 1545-0112<br><br>CHL Web Equivalent<br><br>2006<br>FORM<br>1099-INT | Interest Income |
|---|---|---|---|---|
| Payer's Federal ID No.<br><br>13-2631719 | Recipient's ID Number (Last 4 digits only)<br><br>XXX-XX-9025 | 1 Interest income not included in Box 3<br><br>$30.17 | | Copy B For Recipient<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Recipient's Name and Address<br><br>SAAED MOSLEM<br>483 County Route 105<br>Monroe, NY 10950 | | 2 Early withdrawal penalty<br><br>$ | 3 Interest on U.S. Savings and Treas. obligations<br><br>$ | |
| | | 4 Federal income tax withheld<br><br>$ | 5 Investment expenses<br><br>$ | |
| Account Number (Optional)<br><br>100006210 | | 6 Foreign tax paid<br><br>$ | 7 Foreign country or U.S. possession<br><br>$ | |
| | | 8 Tax-exempt interest<br><br>$ | 9 Specified private activity bond interest<br><br>$ | |

Form 1098 Instructions

| RECIPIENT'S/LENDER'S name, address, and telephone number<br><br>COUNTRYWIDE HOME LOANS<br>CUSTOMER SERVICE<br>PO BOX 5170<br>SIMI VALLEY, CA 93062-5170<br>(800) 669-6607 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901<br><br>CHL Web Equivalent<br><br>2007<br>FORM 1098 | Mortgage Interest Statement |
|---|---|---|---|
| RECIPIENT'S federal identification no.<br><br>13-2631719 | PAYER'S social security number (Last 4 digits only)<br><br>XXX-XX-9025 | 1 Mortgage interest received from payer(s)/borrower(s)*<br><br>$11,701.63 | Copy B For Payer<br>The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| PAYER'S/BORROWER'S name, Street address (including apt. no.), City, state, and ZIP code<br><br>SAAED MOSLEM<br>132 SMITH CLOVE RD<br>CENTRAL VLY, NV 10917 | | 2 Points paid on purchase of principal residence**<br><br>$0.00 | |
| | | 3 Refund of overpaid interest<br><br>$ | |
| | | 4 Mortgage insurance premiums<br><br>$0.00 | |
| Account number (see instructions)<br><br>100006210 | | 5 | |

Department of the Treasury - Internal Revenue Service

Form 1099 Instructions

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>COUNTRYWIDE HOME LOANS<br>CUSTOMER SERVICE<br>PO BOX 5170<br>SIMI VALLEY, CA 93062-5170<br>(800) 669-6607 || Payer's RTN (optional) | OMB No. 1545-0112<br><br>CHL Web Equivalent<br><br>2007<br>FORM<br>1099-INT | Interest Income |
|---|---|---|---|---|
| PAYER'S federal identification number<br><br>13-2631719 | RECIPIENT'S identification number (Last 4 digits only)<br><br>XXX-XX-9025 | 1 Interest income<br><br>$31.33 || Copy B For Recipient<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name Street address (including apt. no.) City, state, and ZIP code<br><br>SAAED MOSLEM<br>132 SMITH CLOVE RD<br>CENTRAL VLY, NV 10917 || 2 Early withdrawal penalty<br><br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations<br><br>$ ||
| ||4 Federal income tax withheld<br><br>$ | 5 Investment expenses<br><br>$ ||
| Account number (see instructions)<br><br>100006210 || 6 Foreign tax paid<br><br>$ | 7 Foreign country or U.S. possession<br><br>$ ||
| ||8 Tax-exempt interest<br><br>$ | 9 Specified private activity bond interest<br><br>$ ||

Form 1098 Instructions

| RECIPIENT'S/LENDER'S name, address, and telephone number<br><br>COUNTRYWIDE HOME LOANS<br>CUSTOMER SERVICE<br>PO BOX 5170<br>SIMI VALLEY, CA 93062-5170<br>(800) 669-6607 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901<br><br>CHL Web Equivalent<br><br>2007<br>FORM 1098 | Mortgage Interest Statement |
|---|---|---|---|
| RECIPIENT'S federal identification no.<br><br>13-2631719 | PAYER'S social security number (Last 4 digits only)<br><br>XXX-XX-9025 | 1 Mortgage interest received from payer(s)/borrower(s)*<br><br>$6,149.38 | Copy B For Payer<br>The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| PAYER'S/BORROWER'S name, Street address (including apt. no.), City, state, and ZIP code<br><br>SAAED MOSLEM<br>PO Box 344<br>Central Valley, NY 10917 | | 2 Points paid on purchase of principal residence**<br><br>$0.00 | |
| | | 3 Refund of overpaid interest<br><br>$ | |
| | | 4 Mortgage insurance premiums<br><br>$0.00 | |
| Account number (see instructions)<br><br>137204435 | | 5 | |