# EXHIBIT "D"

# EXHIBIT "D"

Defendant paid the mortgage installments by electronic wire/funds transfer. Copies of bank documents relating to same will be produced upon receipt of the same from the financial institution which the defendant used to transfer said funds.