# EXHIBIT "G"

# GHV MLS - Residential Lease



| | |
|---|---|
| ML #: | 397820 |
| Cnty: | Orange County |
| Zone: | Area: 110 |
| Zip: | 10940 |
| RdFr: | |
| Dpth: | |
| Cross: | |

| | |
|---|---|
| Status: | Active |
| Loc: | |
| PO: | Middletown |
| Acre: | |
| Irr: | |

## 2276 St Hwy 302

**SCHOOLS**
- SchDist: Pine.Bush
- Elem: Circleville
- Jr/Mid: Circleville.Ms
- High: Pinebush.Hs

- Lease: $ 1,750
- OLP: $ 1,750
- Leased:
- Avail: 07/01/06

### GENERAL INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Type: | SINGLE | Style: | Colonial | | WtrAc: | No / |
| YrBlt: | 1850/Actual | YrRenov: | 2004 | FinSqFt: 2016 | #Rms: | 7 |
| Parking: | None | #Gar: | | #PkSp: | #Beds: 4 | #Bth: 2/0 |

| | Livng | Dine | Kitch | Den/Ofc | Fam | MBed | Bed | Bath | Lav | Add. Rm | Lndry |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower | | | | | | | | | | | |
| 1st | 1 | 1 | 1 | | | | | | 1 | | 1 |
| 2nd | | | | | | 1 | 3 | 2 | | | |
| 3rd | | | | | | | | | | | |
| Other | | | | | | | | | | | |

Feat: Air Conditioning, Cable, Eat In Kitchen, Finished Basement, Laundry Facilities In Unit, Hardwood Floors, Porch, Wall To Wall Carpet

Storage: Basement

Amen:

### RENTAL INFORMATION

LLordPays:
LseTerm: 6-12 Month    Furn: No    Pets: Yes    Deposit: 1 month rent
LseCond: Security Deposit    CommPd: Tenant    Fee: 1750

> Gorgeous center hall colonial, totally redone from new roof, windows, kitchen, baths, furnace, vinyl siding. New carpet and ceramic tile

Dir: Rt 17M to exit119, right onto 302, 1 mile on left

Copyright GHVMLS 2004. All rights reserved. --INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED--    07/05/06