# EXHIBIT "H"

 Windows Live™

**lease agreement**
From: **Henk Aarbodem** (hggn.aarbodem@hotmail.com)
Sent: Wed 10/11/06 7:46 AM
To: saaedmoslem@hotmail.com

Hello Saaed,

Yesterday we've hurt from our contact in Pinbush that the house is burned down.
Thank god we didn't lived in the house yet.
So what are your plans for now.

We think it is a good idea to cancel the lease as soon as possible.
What about our deposit and security?

Waiting for a quick response.

sincerely,

Henk Aarbodem

---

Share your special moments by uploading 500 photos per month to Windows Live Spaces Share it!

 Windows Live™

## RE: lease agreement
**From:** Henk Aarbodem (hggn.aarbodem@hotmail.com)
Sent: Thu 10/12/06 12:12 PM
To: saaed moslem (saaedmoslem@hotmail.com)

Hi Saaed,

Correction, we need to pay rent from 1st till the 9th off october.
So you need to return 3500 (security and the last month) plus the rest of October.
You forgot the rent of October!

We hurt the news from our friends, they are living in Pinbush.
They told us to read the news on recordonline.com
So we have seen the pictures from the fire.

When do you think to start with rebuilding the house.

ps. we think we will get the approval in 15 days from now.

Henk & Jacqueline.

From: saaedmoslem@hotmail.com
To: hggn.aarbodem@hotmail.com
Subject: RE: lease agreement
Date: Wed, 11 Oct 2006 21:52:22 -0400

Hi henk, very sad news. How did you hear about this? and when are you going to be back in new york. I have
the 1750 for your security and 1750 for your last month rent to return to u. so when u are ready i will have a
check for u for 3500 dollars. if u want me to send it to u or wait till you get here. let me know what u want to
do. Thanks Henk and how is everything with moving to america. I hope everything is working out good. Speak
to u soon

From: hggn.aarbodem@hotmail.com
To: saaedmoslem@hotmail.com
Subject: lease agreement
Date: Wed, 11 Oct 2006 06:46:57 -0500

Hello Saaed,

Yesterday we've hurt from our contact in Pinbush that the house is burned down.
Thank god we didn't lived in the house yet.
So what are your plans for now.

We think it is a good idea to cancel the lease as soon as possible.
What about our deposit and security?

Waiting for a quick response.

sincerely,

Henk Aarbodem

Share your special moments by uploading 500 photos per month to Windows Live Spaces Share it!

Express yourself - download free Windows Live Messenger themes! Get it now!

Share your special moments by uploading 500 photos per month to Windows Live Spaces Share it!

 Windows Live™

(No Subject)
From: Henk Aarbodem (hggn.aarbodem@hotmail.com)
Sent: Fri 10/13/06 6:36 AM
To: saaedmoslem@hotmail.com

Hi saaed,

Question. Do you have the possibility to wire the money on our business bank account.
If not we have to wait.

let us know.

Henk.

---

Stay connected with the news, people, places and online services that matter to you on Live.com Try it!

 Windows Live™

---

(No Subject)
From: Henk Aarbodem (hggn.aarbodem@hotmail.com)
Sent: Tue 9/12/06 12:51 PM
To: saaedmoslem@hotmail.com
Attachments: letter_to_landlord.doc (22.6 KB)

Security scan upon download  TREND MICRO

---

Hello Saaed,

Attached letter needed for our visa approval.
Please send this letter signed to our Lawyer.

If there is anything you need to know mail us.

Hope to see you soon.

Thanks,

Henk & Jacqueline Aarbodem.

---

Call friends with PC-to-PC calling -- FREE Try it now!

[THIS LETTER SHOULD BE TYPED OR CLEARLY HAND-WRITTEN BY THE
LANDLORD ON A SEPARATE PIECE OF PAPER AND SIGNED]
Please have the landlord mail the letter to:

Law Office of Spar & Bernstein
Attn: Adrienne Oppenheim
225 Broadway, Suite 512
New York, NY 10007

Saaed Moslem
483 county 105
Monroe, Ny 10950

Date:

To whom it may concern:

I am the owner of the property located at 2276 Route 302, Middletown, New York 10941.
I leased this residential property for a six-month period to Mr. Henk Aarbodem.  I confirm that at
the time Mr. Aarbodem and I entered into the Lease Agreement for this property, I gave him
verbal permission to use a portion of the premises for his business office for his company,
Arquel Global LLC.

Sincerely,

Saaed Moslem.

## TENANT APPLICATION

In consideration of services rendered by Prudential Rand's Rentals in locating an acceptable dwelling, it is understood and agreed that the RENTAL FEE to be paid by the tenant shall be ONE MONTH'S RENT for a term of ONE (1) YEAR or LESS, AND SIX (6) PERCENT OF THE GROSS LEASE for any term over ONE (1) YEAR DEPOSIT (RENTAL FEE) is taken subject to LANDLORD'S APPROVAL. Should Landlord DISAPPROVE application, deposit shall be returned in full. Should the application be approved and Tenant does NOT then occupy premises, then deposit will be FORFEITED by tenant as Liquidated Damages. I/We agree to the above terms, and the following is true to the best of my/our ability, and hereby GRANT AUTHORIZATION for a CREDIT CHECK should Landlord request it. I HAVE BEEN INFORMED ABOUT THE LEAD PAINT DISCLOSURE LAW.
NEW YORK STATE LAW REGARDING DISCLOSURE HAS BEEN EXPLAINED, AND I/WE
(   ) HAVE EXECUTED   (   ) REFUSED TO EXECUTE THIS AGREEMENT.

_____ 7 5 10/6    _____ 17/5 10 6
Applicant's Signature   Date        Co-Applicant's Signature   Date

Applicant's Name  _AARBODEY_  SS# _____  DOB _3 23 1958_

Home Address _JEGENSTR 8_  Phone (+3) 46 - 4750134  GELEEN 6163 kj NETHERLAND

Applicant's Employer: _SELF EMPLOYED_  Supervisor _____

Work Address _____  Phone ( )  - _____

Position Held _OWNER_  Years on Job: _30_

Co-Applicant's Name _Amelo_  SS# _____  DOB _9 3 1958_

Co-Applicant's Employer _Oribis_  Supervisor _Henk Keuts_

Work Address _Bradleystraat 23_  Phone (+3) 46 - 4573012

Position Held _Nurse_  Years on Job: _12,5_

Other Occupants: Name 1) _____ 2) _____ 3) _____ 4) _____

#Pets _____ Type _____

Annual Salary: Applic $ _55,000_  + Co-Applic $ _27,500_  = $ _82,500_

Present Landlord _____  Phone ( )  - _____

Reason for moving _Immigration_  Present Rent $ _____ Mo.

Bank: Checking/Savings Circle Name: _Chase_  Acct # _____

Drivers License #(Applic) _____  State _____ # Cars _____

Primary Vehicle: 1)Make _____ Model _____ Plate# _____

Vehicle: 2)Make _____ Model _____ Plate# _____ Other _____