# EXHIBIT "I"

# Provident Bank

Provident Bank
400 Rella Boulevard
Montebello, NY 10901-4243
T 845.369.8040
F 845.369.8255
www.providentbanking.com

SAAED MOSLEM
483 CTY 105
MONROE NY 10950

NOTICE OF RETURNED DEPOSITED ITEMS

ACCOUNT NUMBER:   220334130

10/16/06

Dear Valued Customer:

The item(s) enclosed has been returned unpaid for the reason indicated below. We have charged your account for the amount of these items(s) plus any processing fees. Please deduct the total shown below from your account balance.

| MAKER | RETURN REASON | AMOUNT |
|---|---|---|
| CHASE | Stop Payment | $1,750.00 |

TOTAL AMOUNT OF CHECKS:   $1,750.00

FEE CHARGED:   $15.00

If you have any questions, please contact your local branch at (845) 782-8166 .
Thank you for banking with Provident Bank.