# EXHIBIT "L"

Provident Bank

Date 7/07/06 Page 5
Primary Account 220334130
Short Name MOSLEM SAAED
Enclosures 3

SAAED MOSLEM
483 CTY 105
MONROE NY 10950

CHECK CLUB II 220334130 (Continued)

CHECKS AND WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 591 ROUTE 17M<br>MONROE NY | |
| 7/05 | ONLINE PMT BK OF AMER VI/MC<br>WEB | 300.00- |
| 7/05 | ONLINE PMT BK OF AMER VI/MC<br>WEB | 250.00- |
| 7/05 | EPAY CHASE<br>WEB 1760039224 S | 200.00- |
| 7/07 | Service Charge | 5.00- |

--- CHECKS IN NUMBER ORDER ---

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|
| 7/07 | 204 | 388.00 | 6/22 | 4445* | 7,500.00 |
| 7/03 | 205 | 2,200.00 | | | |

* Denotes check numbers out of sequence

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 6/09 | 10,693.16 | 6/20 | 39,729.80 | 6/30 | 30,882.53 |
| 6/12 | 10,593.16 | 6/22 | 31,688.53 | 7/03 | 28,282.00 |
| 6/13 | 10,287.41 | 6/23 | 31,388.53 | 7/05 | 27,332.00 |
| 6/14 | 711.95 | 6/27 | 31,285.53 | 7/06 | 29,382.00 |
| 6/16 | 39,935.55 | 6/28 | 31,185.53 | 7/07 | 32,789.00 |
| 6/19 | 39,832.80 | 6/29 | 30,985.53 | 7/09 | 32,792.89 |

INTEREST RATE SUMMARY

| DATE | INTEREST RATE |
|---|---|
| 6/08 | 0.200000% |

Provident Bank

Primary Account: 220334130

ck# 204 Amt $388.00 7/7/2006

Check 204 Back

ck# 205 Amt $2,200.00 7/3/2006

Check 205 Back

ck# 4445 Amt $7,500.00 6/22/2006

Check 4445 Back



Provident Bank

Date 8/08/06
Primary Account 220334130
Short Name MOSLEM SAAED
Enclosures 2
Page 2

SAAED MOSLEM
483 CTY 105
MONROE NY 10950

CHECK CLUB II 220334130 (Continued)

CHECKS AND WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 7/18 | ECHECK PAYPAL<br>WEB PAYPALEC77 S | | 25.00- |
| 7/21 | ECHECK PAYPAL<br>WEB PAYPALEC77 S | | 24.90- |
| 7/24 | ATM W/D 0135 07/23/06<br>FRONT ST.<br>26 FRONT ST.<br>NEWBURGH NY | 0076 | 103.00- |
| 7/24 | SVC CHG 0135 07/23/06<br>FRONT ST.<br>26 FRONT ST.<br>NEWBURGH NY | 0076 | 1.00- |
| 7/26 | EPAY CHASE<br>WEB | | 250.00- |
| 7/31 | ATM W/D 1143 07/29/06<br>NEWS & DISCOUNT<br>1198 FIRST AVENUE<br>NEW YORK NY | 0010 | 101.50- |
| 7/31 | SVC CHG 1143 07/29/06<br>NEWS & DISCOUNT<br>1198 FIRST AVENUE<br>NEW YORK NY | 0010 | 1.00- |
| 8/01 | POS DEB 1102 08/01/06<br>VZW PNLSDBEDOCS<br>600 COOLIDGE DR<br>FOLSOM CA | 0093 | 135.69- |
| 8/01 | CHG&E-PAY CENTRAL HUDSON<br>PPD 1140555980 | | 86.43- |
| 8/02 | ONLINE PMT CAPITAL ONE<br>WEB | | 1,000.00- |
| 8/02 | ONLINE PMT BK OF AMER VI/MC<br>WEB | | 250.00- |
| 8/03 | ONLINE PMT BK OF AMER VI/MC<br>WEB | | 250.00- |
| 8/07 | ATM W/D 2203 08/05/06<br>PROVIDENT BANK | 0000 | 100.00- |

Provident Bank

Primary Account: 220334130

SAAED MOSLEM [illegible]

206

CNY04-16200

BN400879

Date 7/26/06

Pay to the Order of Nova Insurance Company $ 174.00

One hundred and seventy four 00/100 Dollars

The Warwick Savings Bank

For CSR CSO Insurance

⑆221471332⑆ 022 0334130⑈ 0206 ⑈0000017400⑈

ck# 206 Amt $174.00 8/2/2006

223474865

NOVA CASUALTY COMPANY
FOR DEPOSIT ONLY
84183123

1566623379

Check 206 Back

SAAED MOSLEM [illegible]

207

32
9210

Date 8/1/06

Pay to the Order of Cash $ 2350.00

Two thousand three hundred and fifty 00/100 Dollars

The Warwick Savings Bank

For Visitor

⑆221471332⑆ 022 0334130⑈ 0207

ck# 207 Amt $2,350.00 8/1/2006

Check 207 Back

Provident Bank

*************PRSRT 5-DIGIT 10950
19017 2 FP 0.608 82 1 105
SAAED MOSLEM
483 CTY 105
MONROE NY 10950

Date 9/08/06 Page 1
Primary Account 220334130
Short Name MOSLEM SAAED
Enclosures 6

PLEASE DIRECT ANY INQUIRES ABOUT YOUR ACCOUNT INFORMATION TO YOUR LOCAL BRANCH OFFICE OR CALL US AT (845)369-8551.

*********************** C H E C K I N G A C C O U N T ***********************

Legal requirement: as of 6/30/06, when an item is returned, you will receive a credit for a previously disclosed paid item fee and you will be charged a returned item fee.

| | | | |
|---|---|---|---|
| CHECK CLUB II | | NUMBER OF ENCLOSURES | 6 |
| ACCOUNT NUMBER | 220334130 | Statement Dates 8/09/06 thru | 9/10/06 |
| PREVIOUS BALANCE | 24,949.77 | DAYS IN THE STATEMENT PERIOD | 33 |
| 2 DEPOSITS/CREDITS | 9,450.00 | AVERAGE LEDGER | 19,867.76 |
| 25 CHECKS/DEBITS | 17,790.79 | AVERAGE COLLECTED | 19,667.76 |
| SERVICE CHARGE | 5.00 | Interest Earned | 3.56 |
| INTEREST PAID | 3.56 | Annual Percentage Yield Earned | 0.20% |
| CURRENT BALANCE | 16,607.54 | 2006 Interest Paid | 20.86 |

DEPOSITS AND CREDITS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/10 | Deposit | 1,750.00 |
| 8/31 | Deposit | 7,700.00 |
| 9/10 | Interest Deposit | 3.56 |

CHECKS AND WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 8/11 | ATM W/D 1814 08/10/06 PROVIDENT BANK ROUTE 32 HIGHLAND MILLNY | 0000 | 200.00- |
| 8/14 | ATM W/D 1341 08/12/06 TD BANKNORTH CT 515 ROUTE 17M MONROE NY | 0003 | 202.00- |

Provident Bank

| | |
|---|---|
| Date 10/06/06 | Page 4 |
| Primary Account | 220334130 |
| Short Name | MOSLEM SAAED |
| Enclosures | 3 |

SAAED MOSLEM
483 CTY 105
MONROE NY 10950

CHECK CLUB II 220334130 (continued)

--- CHECKS IN NUMBER ORDER ---

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|
| 9/21 | 213 | 35.80 | 9/18 | 3191* | 600.00 |
| 9/27 | 214 | 2,250.00 | | | |

* Denotes check numbers out of sequence

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 9/11 | 16,957.54 | 9/20 | 9,944.18 | 10/03 | 5,457.76 |
| 9/12 | 16,557.54 | 9/21 | 9,908.38 | 10/05 | 5,357.76 |
| 9/13 | 16,057.54 | 9/25 | 9,502.88 | 10/06 | 5,352.76 |
| 9/15 | 16,055.54 | 9/26 | 9,002.88 | 10/09 | 5,354.33 |
| 9/18 | 15,455.54 | 9/27 | 6,752.88 | | |
| 9/19 | 15,355.54 | 10/02 | 6,319.05 | | |

INTEREST RATE SUMMARY

| DATE | INTEREST RATE |
|---|---|
| 9/10 | 0.200000% |

*************** S T A T E M E N T S A V I N G S A C C O U N T ***************

STATEMENT SAVINGS

| | | | |
|---|---|---|---|
| ACCOUNT NUMBER | 229224126 | Statement Dates | 9/11/06 thru 10/09/06 |
| PREVIOUS BALANCE | 60.59 | DAYS IN THE STATEMENT PERIOD | 29 |
| DEPOSITS/CREDITS | .00 | AVERAGE LEDGER | 60.62 |
| W/DRAWALS/DEBITS | .00 | AVERAGE COLLECTED | 60.62 |
| SERVICE CHARGE | 3.00 | Interest Earned | .03 |
| INTEREST PAID | .12 | Annual Percentage Yield Earned | 0.62% |
| ENDING BALANCE | 57.71 | 2006 Interest Paid | .43 |

Provident Bank

Primary Account: 220334130

ck# 213 Amt $35.80 9/21/2006

Check 213 Back

ck# 214 Amt $2,250.00 9/27/2006

Check 214 Back

ck# 3191 Amt $600.00 9/18/2006

Check 3191 Back



Provident Bank

| | |
|---|---|
| Date 9/08/06 | Page 3 |
| Primary Account | 220334130 |
| Short Name | MOSLEM SAAED |
| Enclosures | 6 |

SAAED MOSLEM
483 CTY 105
MONROE NY 10950

CHECK CLUB II 220334130 (Continued)

CHECKS AND WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/05 | ONLINE PMT CAPITAL ONE WEB | 200.00- |
| 9/05 | EPAY CHASE WEB 1760039224 S | 200.00- |

--- CHECKS IN NUMBER ORDER ---

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|
| 8/15 | 208 | 127.00 | 8/22 | 211 | 6,860.00 |
| 8/11 | 209 | 73.80 | 8/31 | 212 | 487.00 |
| 8/14 | 210 | 400.00 | 8/31 | 1816* | 3,000.00 |

* Denotes check numbers out of sequence

Provident Bank

Primary Account: 220334130



Provident Bank

Date 11/08/06 | Page 2
Primary Account 220334130
Short Name MOSLEM SAAED
Enclosures 2

SAAED MOSLEM
483 CTY 105
MONROE NY 10950

CHECK CLUB II 220334130 (Continued)

CHECKS AND WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | *25 QUAKER AVE<br>CORNWALL NY | | |
| 10/11 | SVC CHG 1634 10/11/06<br>BANK OF AMERICA<br>*25 QUAKER AVE<br>CORNWALL NY | 0001 | 1.00- |
| 10/12 | ATM W/D 1601 10/12/06<br>PROVIDENT BANK<br>ROUTE 32<br>HIGHLAND MILLNY | 0000 | 200.00- |
| 10/13 | ATM W/D 1648 10/13/06<br>PROVIDENT BANK<br>LARKIN DRIVE #3<br>MONROE NY | 0000 | 200.00- |
| 10/13 | ATM W/D 0012 10/13/06<br>CIRRUS<br>M&T 23 LAKE STREET<br>MONROE NY | 0004 | 102.00- |
| 10/13 | SVC CHG 0012 10/13/06<br>CIRRUS<br>M&T 23 LAKE STREET<br>MONROE NY | 0004 | 1.00- |
| 10/16 | Chargeback | | 1,750.00- |
| 10/16 | ATM W/D 1147 10/15/06<br>THE BANK OF NY<br>800 ROUTE 17M<br>MONROE NY | 0069 | 421.75- |
| 10/16 | ATM W/D 0058 10/14/06<br>PROFESSOR BARL-<br>198 QUAIL STREET<br>ALBANY NY | 0043 | 82.50- |
| 10/16 | ATM W/D 2157 10/15/06<br>CARDTRONICS LP<br>771 ROUTE 17M<br>MONROE NY | 0000 | 81.50- |