# EXHIBIT "M"

# ACORD HOMEOWNER APPLICATION

**DATE (MM/DD/YYYY):** 06/08/2006

## AGENCY
Parietti & McGuire Insurance Agency
562 Route 17 M
Monroe NY 10950

**PHONE (A/C, No, Ext):** (845) 781-8000
**FAX (A/C, No):** (845) 774-8098
**CODE:** 31-089   **SUBCODE:**
**AGENCY CUSTOMER ID:**

## APPLICANT'S NAME AND MAILING ADDRESS
Saaed Moslem
2276 Route 302
Middletown NY 10941

**CO/PLAN:** Vermont Mutual
**EFFECTIVE DATE:** 6/22/2006
**EXPIRATION DATE:** 6/22/2007
**HOME PHONE #:** (845) 590-2019
**POLICY #:** 31-089

## APPLICANT INFORMATION

| Field | Value |
|---|---|
| APPLICANT'S OCCUPATION | REAL ESTATE |
| APPLICANT'S EMPLOYER | SELF EMPLOYED |
| YEARS IN CURR OCC | 3 |
| YEARS W/ CURR EMPL | 3 |
| MAR STAT | S |
| DATE OF BIRTH | 9/1/1983 |
| SOCIAL SECURITY # | 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 |

## COVERAGES/LIMITS OF LIABILITY

| HO FORM | DWELLING | OTHER STRUCTURES | PERSONAL PROPERTY | LOSS OF USE | PERSONAL LIABILITY EACH OCCURRENCE | MEDICAL PAYMENTS EACH PERSON |
|---|---|---|---|---|---|---|
| HO3 | $350,000 | $35,000 | $245,000 | $70,000 | $500,000 | $1,000 |

**DED (Type & Amount):** X ALL PERIL 500

**EST TOTAL PREMIUM:** $866.00
**DEPOSIT:** -0-
**BALANCE:** 766

## ENDORSEMENTS
X REPLACEMENT COST DWELLING   X REPLACEMENT COST CONTENTS

Smoke Detectors, Non-Smoker, Superior Home Credit

## PAYMENT PLAN
ACORD 610 Attached (NOT APPLICABLE IN NC)
**BILLING:** X DIRECT BILL
**MAIL POLICY TO:** X AGENT

## RATING/UNDERWRITING

| FRAME | X |
| MFG HOME - VINYL SIDING | X |
| YR BUILT | 1950 |
| MARKET VALUE | |
| STRUCTURE TYPE | X DWELLING |
| USAGE TYPE | X PRIMARY |
| # FAMILIES | 1 |
| REPLACEMENT COST | $350,000 |

**TERR CODE:** 43
**PREM GROUP:** 3
**PROTECT CLASS:** 50
**DISTANCE TO HYDRANT:** 50 FT
**FIRE STATION:** 1 MI
**PROTECTION DEVICE:** SMOKE - CENTRAL
**HEAT TYPE PRIMARY:** CENTRAL OIL
**WIRING:** All
**PLUMBING:** updated
**HEATING:** 
**ROOFING:** July 2005

**FIRE DISTRICT:** MIDDLETOWN, NY
**HOUSEKEEPING CONDITION:** GOOD

**CIRCUIT BREAKERS:** X YES
**FUSES:** X NO
**KNOB & TUBE OR ALUMINUM WIRING:** X NO
**PLUMBING SYSTEM CONDITION:** GOOD
**PLUMBING SYSTEM ANY KNOWN LEAKS:** X NO
**FOUNDATION:** CLOSED

**DWELLING LOCATION:** X WITHIN FIRE DIST
**OCCUPANCY:** X OWNER
**DEADBOLT:** X
**FIRE EXT:** X
**VISIBLE TO NEIGHBORS:** X
**OIL STORAGE TANK LOCATION:** INDOORS – X ABOVE GROUND ON MASONRY FLOOR

**OCCUPIED DAILY:** X YES
**ROOF MATERIAL:** ASPHALT
**CONDITION OF ROOF:** GOOD

**RATING CREDITS:** NON-SMOKER

## PRIOR COVERAGE
**PRIOR CARRIER:** New Purchase
**PRIOR POLICY NUMBER:** N/A

ACORD 80 (2004/12)   Page 1 of 2   © ACORD CORPORATION 1981-2004

## GENERAL INFORMATION

| # | EXPLAIN ALL "YES" RESPONSES IN REMARKS | YES | NO |
|---|---|---|---|
| 1 | ANY FARMING OR OTHER BUSINESS CONDUCTED ON PREMISES? (Including day/child care) | | X |
| 2 | ANY RESIDENCE EMPLOYEES? (Number and type of full and part time employees) | | X |
| 3 | ANY FLOODING, BRUSH, FOREST FIRE HAZARD, LANDSLIDE, ETC? | | X |
| 4 | ANY OTHER RESIDENCE OWNED, OCCUPIED OR RENTED? | | X |
| 5 | ANY OTHER INSURANCE WITH THIS COMPANY? (List policy numbers) | | X |
| 6 | HAS INSURANCE BEEN TRANSFERRED WITHIN AGENCY? | | X |
| 7 | ANY COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE LAST 3 YEARS? (Not applicable in MO) | | X |
| 8 | HAS APPLICANT HAD A FORECLOSURE, REPOSSESSION, BANKRUPTCY, JUDGEMENT OR LIEN DURING THE PAST FIVE YEARS? | | X |
| 9 | ARE THERE ANY ANIMALS OR EXOTIC PETS KEPT ON PREMISES? (Note breed and bite history) | | X |
| 10 | IS PROPERTY LOCATED WITHIN TWO MILES OF TIDAL WATER? | | X |
| 11 | IS PROPERTY SITUATED ON MORE THAN FIVE ACRES? (If yes, describe land use) | | X |
| 12 | DOES APPLICANT OWN ANY RECREATIONAL VEHICLES (SNOW MOBILES, DUNE BUGGYS, MINI BIKES, ATVS, ETC)? (List year, type, make, model) | | X |
| 13 | IS BUILDING RETROFITTED FOR EARTHQUAKE? (If applicable) | | X |

| # | EXPLAIN ALL "YES" RESPONSES IN REMARKS (except questions 15, 16 and 17) | YES | NO |
|---|---|---|---|
| 14 | DURING THE LAST FIVE (5) YEARS [TEN (10) YEARS IN RHODE ISLAND], HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY? (In RI, failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one (1) year of imprisonment.) | | X |
| 15 | RENTERS AND CONDOS ONLY: IS THERE A MANAGER ON THE PREMISES? | | |
| 16 | IS THERE A SECURITY ATTENDANT? | | |
| 17 | IS THE BUILDING ENTRANCE LOCKED? | | |
| 18 | ANY UNCORRECTED FIRE OR BUILDING CODE VIOLATIONS? | | X |
| 19 | IS BUILDING UNDERGOING RENOVATION OR RECONSTRUCTION? (Give estimated completion date and dollar value) | | X |
| 20 | IS HOUSE FOR SALE? | | X |
| 21 | IS PROPERTY W/IN 300 FT OF A COMMERCIAL OR NON-RESIDENTIAL PROPERTY? | | X |
| 22 | IS THERE A TRAMPOLINE ON THE PREMISES? | | X |
| 23 | WAS THE STRUCTURE ORIGINALLY BUILT FOR OTHER THAN A PRIVATE RESIDENCE AND THEN CONVERTED? | | X |
| 24 | ANY LEAD PAINT HAZARD? | | X |
| 25 | IF A FUEL OIL TANK IS ON PREMISES, HAS OTHER INSURANCE BEEN OBTAINED FOR THE TANK? (Give First Party and limit, and Third Party and limit) | | X |
| 26 | IF BUILDING IS UNDER CONSTRUCTION, IS THE APPLICANT THE GENERAL CONTRACTOR? | | X |

**LOSS HISTORY** — ANY LOSSES, WHETHER OR NOT PAID BY INSURANCE, DURING THE LAST ___ YEARS, AT THIS OR AT ANY OTHER LOCATION? ☐ YES ☒ NO IF YES, INDICATE BELOW

| DATE | TYPE | DESCRIPTION OF LOSS | CAT # | AMOUNT |
|---|---|---|---|---|
| | | | | |

## ADDITIONAL INTEREST

| INT # | MORTGE / ADDL INT | NAME AND ADDRESS | LOAN NUMBER |
|---|---|---|---|
| 1 | ☒ MORTGE | COUNTRYWIDE Home Loans, Inc ISAOA, ATIMA FTWX-22 PO Box 961206, Ft. Worth, TX 76161-1206 | |

## REMARKS (Attach Additional Sheets If More Space Is Required)

Attached    Loan # 100006210

## ATTACHMENTS

☒ PHOTOGRAPH — PERS EXCESS/UMBRELLA APP — HOME BASED BUSINESS SUPP
STATE SUPPLEMENT(S) (If applicable) — ☒ SOLID FUEL SUPPLEMENT — RECREATIONAL VEHICLE APP
☒ INLAND MARINE APPLICATION — EARTHQUAKE APPLICATION — WATERCRAFT APPLICATION
☒ REPLACEMENT COST ESTIMATE — PROTECTION DEVICE CERTIFICATE — LEAD FREE PAINT CERTIFICATION

## BINDER/SIGNATURE

Per attached

| INSURANCE BINDER | |
|---|---|
| EFFECTIVE DATE | EXPIRATION DATE |
| 6/22/2006 | 6/22/2007 |
| TIME | ☒ 12:01 AM ☐ NOON |
| ☐ COVERAGE IS NOT BOUND | |

IF THE "BINDER" BOX TO THE LEFT IS COMPLETED, THE FOLLOWING CONDITIONS APPLY: THIS COMPANY BINDS THE KIND(S) OF INSURANCE STIPULATED ON THIS APPLICATION. THIS INSURANCE IS SUBJECT TO THE TERMS, CONDITIONS AND LIMITATIONS OF THE POLICY(IES) IN CURRENT USE BY THE COMPANY. THIS BINDER MAY BE CANCELLED BY THE INSURED BY SURRENDER OF THIS BINDER OR BY WRITTEN NOTICE TO THE COMPANY STATING WHEN CANCELLATION WILL BE EFFECTIVE. THIS BINDER MAY BE CANCELLED BY THE COMPANY BY NOTICE TO THE INSURED IN ACCORDANCE WITH THE POLICY CONDITIONS. THIS BINDER IS CANCELLED WHEN REPLACED BY A POLICY. IF THIS BINDER IS NOT REPLACED BY A POLICY, THE COMPANY IS ENTITLED TO CHARGE A PREMIUM FOR THE BINDER ACCORDING TO THE RULES AND RATES IN USE BY THE COMPANY. THE QUOTED PREMIUM IS SUBJECT TO VERIFICATION AND ADJUSTMENT, WHEN NECESSARY, BY THE COMPANY.

APPLICABLE IN COLORADO: THE INSURER HAS THIRTY (30) BUSINESS DAYS, COMMENCING FROM THE EFFECTIVE DATE OF COVERAGE, TO EVALUATE THE ISSUANCE OF THE INSURANCE POLICY.

PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT OR OTHER INVESTIGATIVE REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT AMENDMENTS AND RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. CREDIT SCORING INFORMATION MAY BE USED TO DETERMINE EITHER YOUR ELIGIBILITY FOR INSURANCE OR THE PREMIUM YOU WILL BE CHARGED. WE MAY USE A THIRD PARTY IN CONNECTION WITH THE DEVELOPMENT OF YOUR SCORE. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

☐ Copy of the Notice of Information Practices (Privacy) has been given to the applicant. (Not applicable in all states, consult your agent or broker for your state's requirements.)

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, MA, OH, OK, OR or VT; in DC, LA, ME, TN and VA, Insurance benefits may also be denied.)

APPLICANT'S STATEMENT: I HAVE READ THE ABOVE APPLICATION AND ANY ATTACHMENTS. I DECLARE THAT THE INFORMATION IN THEM IS TRUE, COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. THIS INFORMATION IS BEING OFFERED TO THE COMPANY AS AN INDUCEMENT TO ISSUE THE POLICY FOR WHICH I AM APPLYING.

| APPLICANT'S SIGNATURE | DATE | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER |
|---|---|---|---|
| [signed] | 6/14/06 | [signed] | |

ACORD 80 (2004/12)    Page 2 of 2