# EXHIBIT "N"



**FOREMOST INSURANCE COMPANY**
Home Office
5600 Beech Tree Lane
P.O. Box 2450
Caledonia, Michigan 49316

FOREMOST BASICS™
DECLARATIONS PAGE

POLICY NUMBER: 381-0066143572-02
RENEWAL OF: 381-0066143572-01
POLICY PERIOD BEGINNING 06/22/06  ENDING 06/22/07  12:01 A.M. STANDARD TIME

### YOU AS NAMED INSURED AND YOUR ADDRESS

SAADE MOSLEM
2276 NEWYORK STATE ROUTE 302
MIDDLETOWN NY 10940

### YOUR POLICY IS SERVICED BY

CATHERINE MACRI
INSURANCE INTERMEDIARIES INC
593 ROUTE 211 E
MIDDLETOWN NY 10941-1715

AGENCY CODE:
319900436

TELEPHONE:
(845) 692-2277

**COVERAGES:** Coverage is provided only where an Amount of Insurance or a Limit of Liability is shown and a premium is stated for the Peril Insured Against. Detailed descriptions and any limitations will be found in your policy.

### LOCATION # 1

### IMPORTANT RATING INFORMATION

| PREMISES DESCRIPTION: | 2276 NEWYORK STATE ROUTE 302 MIDDLETOWN NY 10940 | | | | |
|---|---|---|---|---|---|
| CONSTRUCTION: | FRAME | TERRITORY: | A | YR. BUILT: | 1950 |
| FAMILIES: | 1 | PROT. CLASS: | 4 | FORM: | BA3 |
| OCCUPANCY: | PRIMARY | RESP. FIRE DEPT.: | | | |
| HYDRANT: | WITHIN 1,000 FEET | COUNTY: | ORANGE | | |
| FIRE DEPT.: | WITHIN 5 MILES | | | | |

### MORTGAGEE #1

LOAN NO.: 100006210
COUNTRYWIDE MORTGAGE VENTURE
DB HUDSON HOME LOANS ISAOA
MSNSV22 PO BOX 10212
VAN NUYS CA 91410-0212

### MORTGAGEE #2

LOAN NO.: 100006218
COUNTRYWIDE MORTGAGE VENTURE
DB HUSDON HOME LOANS ISAOA
MSNSV22 PO BO 10212
VAN NUYS CA 91410

| SECTION I COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| A. DWELLING | $ 244,400 | | $ 1,134.00 |
| C. PERSONAL PROPERTY | $ 117,500 | | $   558.00 |
| D. ADDITIONAL LIVING EXPENSE (MAXIMUM 25% PER MONTH) | $  23,500 | | $   118.00 |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF: $1,000 ALL PERILS

Policy Number: 381-0066143572-02        **INSURED COPY**        Form 80000 04/93   PAGE 1
118151   381-0066143572

| SECTION II COVERAGES | LIMIT OF LIABILITY | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| L. COMP PERSONAL LIABILITY | $ 300,000 EA ACCIDENT | | $ 70.00 |
| M. MEDICAL PAYMENTS | $ 1,000 EA PERSON | | $ 5.00 |

| FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1 | | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| 20002 01/93 | BASICS SPECIAL COVERAGE GRANT | | |
| 20007 10/93 | REDUCTION IN COV WHEN VACANT/UNOCC. | | |
| 20018 00/00 | BASICS DWELLING POLICY | | |
| 10053 04/02 | AMENDMENT - NEW YORK | | |
| 10084 03/99 | COMPREHENSIVE PERSONAL LIABILITY | | |
| 20006 01/93 | BROAD THEFT COVERAGE | | $ 60.00 |
| 20050 09/95 | REPLACEMENT COST/INFLATION GUARD | | $ 10.00 |
| 3491  09/99 | WORKERS' COMPENSATION - NEW YORK | | |

| DISCOUNTS/SURCHARGES THAT APPLY TO LOCATION # 1 | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|
| OWNER OCCUPIED DISCOUNT | | $ -85.00 |

**LOCATION # 1   Annual Premium**   $ 1,870.00

| TOTAL ANNUAL POLICY PREMIUM | $ 1,870.00 |
|---|---|

MINIMUM EARNED PREMIUM $100

THIS DECLARATIONS PAGE WITH YOUR FOREMOST POLICY PROVISIONS AND ANY ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.

Processed: August 31, 2007



**FOREMOST INSURANCE COMPANY**
Home Office
5600 Beech Tree Lane
P.O. Box 2450
Caledonia, Michigan 49316

**FOREMOST BASICS™ DECLARATIONS PAGE**

**POLICY NUMBER:** 381-0066143572-02
**RENEWAL OF:** 381-0066143572-01
**POLICY PERIOD BEGINNING** 06/22/06 **ENDING** 06/22/07  12:01 A.M. STANDARD TIME

### YOU AS NAMED INSURED AND YOUR ADDRESS

SAADE MOSLEM
2276 NEWYORK STATE ROUTE 302
MIDDLETOWN NY 10940

### YOUR POLICY IS SERVICED BY

CATHERINE MACRI
INSURANCE INTERMEDIARIES INC
117 ACADEMY AVE
MIDDLETOWN NY 10940-5211

**AGENCY CODE:** 319900436

**TELEPHONE:** (845) 344-3373

**COVERAGES:** Coverage is provided only where an Amount of Insurance or a Limit of Liability is shown premium is stated for the Peril Insured Against. Detailed descriptions and any limitations will be found in policy.

### LOCATION # 1

### IMPORTANT RATING INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| PREMISES DESCRIPTION: | 2276 NEWYORK STATE ROUTE 302 MIDDLETOWN NY 10940 | | | | |
| CONSTRUCTION: | FRAME | TERRITORY: | A | YR. BUILT: | |
| FAMILIES: | 1 | PROT. CLASS: | 4 | FORM: | |
| OCCUPANCY: | PRIMARY | RESP. FIRE DEPT.: | | | |
| HYDRANT: | WITHIN 1,000 FEET | COUNTY: | ORANGE | | |
| FIRE DEPT.: | WITHIN 5 MILES | | | | |

### MORTGAGEE #1

**LOAN NO.:** 100006210
COUNTRYWIDE MORTGAGE VENTURE
DB HUDSON HOME LOANS ISAOA
MSNSV22 PO BOX 10212
VAN NUYS CA 91410-0212

### MORTGAGEE #2

**LOAN NO.:** 100006218
COUNTRYWIDE MORTGAGE VENTURE
DB HUSDON HOME LOANS ISAOA
MSNSV22 PO BO 10212
VAN NUYS CA 91410

| SECTION I COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANN PREM |
|---|---|---|---|
| A. DWELLING | $ 244,400 | $ | 1 |
| C. PERSONAL PROPERTY | $ 117,500 | $ | |
| D. ADDITIONAL LIVING EXPENSE (MAXIMUM 25% PER MONTH) | $ 23,500 | $ | |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF:  $1,000 ALL PERILS

| SECTION II COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANN PREM |
|---|---|---|---|
| L.  COMP PERSONAL LIABILITY | $  300,000 EA ACCIDENT | $ | |
| M.  MEDICAL PAYMENTS | $    1,000 EA PERSON | $ | |

| FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1 | | | ADD'L/RETURN PREMIUM | ANN PREM |
|---|---|---|---|---|
| 20002 | 01/93 | BASICS SPECIAL COVERAGE GRANT | | |
| 20007 | 10/93 | REDUCTION IN COV WHEN VACANT/UNOCC. | | |
| 20018 | 00/00 | BASICS DWELLING POLICY | | |
| 10053 | 04/02 | AMENDMENT - NEW YORK | | |
| 10084 | 03/99 | COMPREHENSIVE PERSONAL LIABILITY | | |
| 20006 | 01/93 | BROAD THEFT COVERAGE | $ | |
| 20050 | 09/95 | REPLACEMENT COST/INFLATION GUARD | $ | |
| 3491  | 09/99 | WORKERS' COMPENSATION - NEW YORK | | |

| DISCOUNTS/SURCHARGES THAT APPLY TO LOCATION # 1 | ADD'L/RETURN PREMIUM | ANN PREM |
|---|---|---|
| OWNER OCCUPIED DISCOUNT | $ | |

**LOCATION # 1   Annual Premium**   $   1

**TOTAL ANNUAL POLICY PREMIUM**   $   1

MINIMUM EARNED PREMIUM $100

THIS DECLARATIONS PAGE WITH YOUR FOREMOST POLICY PROVISIONS AND ANY ENDORSEMENTS ISS FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.

Processed: April 24, 2006



COPY

Item Index - document

Item Type - Policy

```
Policy/Tran Number :      0066143572
Product code :            381
Document description :    RENEWAL
Document type :           POLICY WITH BILL
Insured Name :            MOSLEM, SAADE
Recipient :               AGENT
Producer Code :           319900436
Date time stamp :         2006-04-24 21:41
Routing code :            E
```