**EXHIBIT "O"**

# FOREMOST
INSURANCE COMPANY

0200180 0000   0200020 0193   N NB   721530
381-0066143572

CATHERINE MACRI
INSURANCE INTERMEDIARIES INC
117 ACADEMY AVE
MIDDLETOWN NY 10940-5211

31

MOSLEM, SAAED
2276 NEWYORK STATE ROUTE 302
MIDDLETOWN NY 10940

**THIS IS NOT A BILL**

Dear MOSLEM SAAED:

Your new Foremost policy is enclosed. Take a few minutes to read it through.

If you have any questions, please contact us at:

(845) 344-3373

CATHERINE MACRI
INSURANCE INTERMEDIARIES INC
117 ACADEMY AVE
MIDDLETOWN NY 10940-5211

Also, if you request a change in coverage, it may affect the amount of premium you owe. **Please pay the amount shown on your most recent bill.** Your next bill will be adjusted to reflect any changes.

Thank you for your business.

Sincerely,

CATHERINE MACRI
INSURANCE INTERMEDIARIES INC
31-9900-436

P.S. To report claims, contact us, or call the Foremost Claims Line toll-free at 1-800-527-3907.

381-0066143572-01
Form 737817 04/05

**FOREMOST INSURANCE COMPANY**
Home Office
5600 Beech Tree Lane
P.O. Box 2450
Caledonia, Michigan 49316

**FOREMOST BASICS™**
**DECLARATIONS PAGE**

POLICY NUMBER: 381-0066143572-01
RENEWAL OF:
POLICY PERIOD BEGINNING 06/22/05   ENDING 06/22/06   12:01 A.M. STANDARD TIME

**YOU AS NAMED INSURED AND YOUR ADDRESS**

MOSLEM, SAAED
2276 NEWYORK STATE ROUTE 302
MIDDLETOWN NY 10940

**YOUR POLICY IS SERVICED BY**

CATHERINE MACRI
INSURANCE INTERMEDIARIES INC
117 ACADEMY AVE
MIDDLETOWN NY 10940-5211

AGENCY CODE:
319900436

TELEPHONE:
(845) 344-3373

**COVERAGES:** Coverage is provided only where an Amount of Insurance or a Limit of Liability is shown and a premium is stated for the Peril Insured Against. Detailed descriptions and any limitations will be found in your policy.

**LOCATION # 1**

**IMPORTANT RATING INFORMATION**

| PREMISES DESCRIPTION: | 2276 NEWYORK STATE ROUTE 302 MIDDLETOWN NY 10940 | | |
|---|---|---|---|
| CONSTRUCTION: FRAME | TERRITORY: A | YR. BUILT: 1950 |
| FAMILIES: 1 | PROT. CLASS: 4 | FORM: BA3 |
| OCCUPANCY: PRIMARY | RESP. FIRE DEPT.: | |
| HYDRANT: WITHIN 1,000 FEET | COUNTY: ORANGE | |
| FIRE DEPT.: WITHIN 5 MILES | | |

**MORTGAGEE #1**

LOAN NO.: 100006210
COUNTRYWIDE MORTGAGE VENTURE
DB HUDSON HOME LOANS ISAOA
MSNSV22 PO BOX 10212
VAN NUYS CA 91410-0212

**MORTGAGEE #2**

LOAN NO.: 100006218
COUNTRYWIDE MORTGAGE VENTURE
DB HUSDON HOME LOANS ISAOA
MSNSV22 PO BO 10212
VAN NUYS CA 91410

| SECTION I COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| A. DWELLING | $ 235,000 | | $ 1,033.00 |
| C. PERSONAL PROPERTY | $ 117,500 | | $ 558.00 |
| D. ADDITIONAL LIVING EXPENSE (MAXIMUM 25% PER MONTH) | $ 23,500 | | $ 118.00 |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF: $1,000 ALL PERILS

olicy Number: 381-0066143572-01        INSURED COPY        Form 80000 04/93   PAGE 1

| SECTION II COVERAGES | | INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|---|
| .. COMP PERSONAL LIABILITY | $ | 300,000 EA ACCIDENT | $ | 70.00 |
| 1. MEDICAL PAYMENTS | $ | 1,000 EA PERSON | $ | 5.00 |

| FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1 | | | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|---|
| 20002 | 01/93 | BASICS SPECIAL COVERAGE GRANT | | |
| 20007 | 10/93 | REDUCTION IN COV WHEN VACANT/UNOCC. | | |
| 20018 | 00/00 | BASICS DWELLING POLICY | | |
| 10053 | 04/02 | AMENDMENT - NEW YORK | | |
| 10084 | 03/99 | COMPREHENSIVE PERSONAL LIABILITY | | |
| 20006 | 01/93 | BROAD THEFT COVERAGE | | |
| 20050 | 09/95 | REPLACEMENT COST/INFLATION GUARD | | $ 60.00 |
| 3491 | 09/99 | WORKERS' COMPENSATION - NEW YORK | | $ 10.00 |

| DISCOUNTS/SURCHARGES THAT APPLY TO LOCATION # 1 | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|
| OWNER OCCUPIED DISCOUNT | | $ -80.00 |

LOCATION # 1    Annual Premium    $    1,774.00

TOTAL ANNUAL POLICY PREMIUM    $    1,774.00

MINIMUM EARNED PREMIUM $100

THIS DECLARATIONS PAGE WITH YOUR FOREMOST POLICY PROVISIONS AND ANY ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.

Processed: June 22, 2005

Policy Number: 381-0066143572-01        INSURED COPY        Form 80000 04/93    PAGE 2