# EXHIBIT "Q"

# EXHIBIT "Q"

Copies of telephone billing re: communications relating to the third party defendant and the "casualty loss" will be provided hereafter.