# EXHIBIT "R"



