# EXHIBIT "S"



Basloe, Levin & Cuccaro, Ltd./Adjusters International

| Claim Number | Policy Number | Type of Loss | Deductible |
|---|---|---|---|
| HC 131479 | HC 2307563 | Fire | $ 500.00 |

Insured: Saaed Moslem

Property: 2276 Route 302
Middletown, NY 10941

Claim Rep.: John Bonfiglioli — Business: (877) 942-1234

Business: 125 Wolf Road
Albany, NY 12205

Estimator: Michael D. Williams — Business: (315) 797-1234

Business: 126 Business Park Drive
Utica, NY 13502

Date of Loss: 10/07/06 — Date Received: 10/10/06

Date Inspected: 10/13/06 — Date Entered: 10/18/06

Price List: NYWP2S6D
Restoration/Service/Remodel with Service Charges Factored In

Estimate: MOSLEM

**MOSLEM**

**Interior**

**First Floor**

**Room: Dining Room** **LxWxH 17'2" x 14'6" x 8'6"**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Light fixture | 1.00 EA@ | 146.36= | 146.36 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 787.25 SF@ | 2.17= | 1,708.34 |
| R&R 1/2" drywall - hung & fire taped only | 248.92 SF@ | 1.75= | 435.60 |
| R&R Batt insulation - 4" - R13 | 269.17 SF@ | 0.91= | 244.95 |
| Texture drywall - heavy hand texture | 248.92 SF@ | 1.25= | 311.15 |
| R&R Crown molding - 3 1/4" hardwood | 63.33 LF@ | 5.17= | 327.44 |
| Paint crown molding - two coats | 63.33 LF@ | 1.07= | 67.77 |
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 63.33 LF@ | 16.87= | 1,068.43 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 497.83 SF@ | 3.78= | 1,881.81 |
| Seal then paint the walls and ceiling twice (3 coats) | 787.25 SF@ | 0.96= | 755.76 |
| R&R Casing - 4" - hardwood | 51.00 LF@ | 4.25= | 216.75 |
| Paint casing - two coats | 51.00 LF@ | 1.03= | 52.53 |
| R&R Baseboard - 6" hardwood | 63.33 LF@ | 6.88= | 435.74 |
| Seal & paint baseboard - two coats | 63.33 LF@ | 1.54= | 97.53 |
| R&R Baseboard heat - steam or hot water | 31.67 LF@ | 14.14= | 447.77 |
| R&R Oak flooring - no finish | 248.92 SF@ | 10.99= | 2,735.59 |
| Sand, stain, and finish wood floor | 248.92 SF@ | 3.84= | 955.84 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 248.92 SF@ | 2.32= | 577.49 |
| R&R Vinyl window - double hung, 9-12 sf | 3.00 EA@ | 337.90= | 1,013.70 |

**Room: Kitchen** **LxWxH 21'3" x 9'6" x 8'0"**

**Subroom 1: Offset #1** **LxWxH 9'6" x 6'6" x 8'0"**

**Subroom 2: Offset #2** **LxWxH 7'6" x 5'0" x 8'0"**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Recessed light fixture | 4.00 EA@ | 75.38= | 301.52 |
| R&R Light fixture | 1.00 EA@ | 63.35= | 63.35 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 1,249.13 SF@ | 2.17= | 2,710.60 |
| Texture drywall - heavy hand texture | 301.13 SF@ | 1.25= | 376.41 |
| Seal then paint the walls and ceiling twice (3 coats) | 1,249.13 SF@ | 0.96= | 1,199.16 |



## CONTINUED - Kitchen

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 118.50 LF@ | 16.87= | 1,999.10 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 602.25 SF@ | 3.78= | 2,276.51 |
| R&R Casing - 4" - hardwood | 51.00 LF@ | 4.25= | 216.75 |
| Paint casing - two coats | 51.00 LF@ | 1.03= | 52.53 |
| R&R Baseboard - 6" hardwood | 118.50 LF@ | 6.88= | 815.28 |
| Seal & paint baseboard - two coats | 118.50 LF@ | 1.54= | 182.49 |
| R&R Baseboard heat - steam or hot water | 31.67 LF@ | 14.14= | 447.77 |
| R&R Vinyl window - double hung, 9-12 sf | 3.00 EA@ | 337.90= | 1,013.70 |
| R&R Tile floor covering | 301.13 SF@ | 7.17= | 2,159.06 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 301.13 SF@ | 2.32= | 698.61 |
| R&R Countertop - Flat laid plastic laminate | 14.67 LF@ | 44.12= | 647.09 |
| R&R Cabinetry - lower (base) units | 14.67 LF@ | 176.62= | 2,590.43 |
| R&R Cabinetry - upper (wall) units | 10.67 LF@ | 138.84= | 1,480.96 |
| R&R Refrigerator - top freezer - 18 to 22 cf | 1.00 EA@ | 587.32= | 587.32 |
| R&R Dishwasher | 1.00 EA@ | 373.32= | 373.32 |
| R&R Range - freestanding - gas | 1.00 EA@ | 560.69= | 560.69 |
| R&R Range hood | 1.00 EA@ | 174.19= | 174.19 |
| R&R Sink faucet - Kitchen | 1.00 EA@ | 103.16= | 103.16 |
| R&R Sink - double | 1.00 EA@ | 267.82= | 267.82 |
| R&R Exterior door, 8' - metal - insulated - flush or panel | 1.00 EA@ | 290.27= | 290.27 |
| Paint door slab only - 2 coats (per side) | 2.00 EA@ | 25.32= | 50.64 |
| R&R Door lockset & deadbolt - exterior | 1.00 EA@ | 75.82= | 75.82 |
| R&R Clothes dryer vent - installed | 1.00 EA@ | 42.68= | 42.68 |
| R&R Clothes dryer vent cover | 1.00 EA@ | 19.95= | 19.95 |
| R&R Washing machine outlet box with valves | 1.00 EA@ | 112.85= | 112.85 |
| Rough in plumbing - per fixture | 2.00 EA@ | 261.69= | 523.38 |

**Room: Bathroom** **LxWxH 7'6" x 4'1" x 8'0"**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Bathroom fan, light, and heater | 1.00 EA@ | 147.20= | 147.20 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 215.96 SF@ | 2.17= | 468.63 |
| Seal then paint the walls and ceiling twice (3 coats) | 215.96 SF@ | 0.96= | 207.32 |
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 23.17 LF@ | 16.87= | 390.83 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 61.25 SF@ | 3.78= | 231.53 |
| R&R Casing - 2 1/4" | 17.00 LF@ | 2.03= | 34.51 |



**CONTINUED - Bathroom**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Paint casing - two coats | 17.00 LF@ | 1.03= | 17.51 |
| R&R Baseboard - 6" hardwood | 23.17 LF@ | 6.88= | 159.38 |
| Seal & paint baseboard - two coats | 23.17 LF@ | 1.54= | 35.68 |
| R&R Medicine cabinet | 1.00 EA@ | 129.50= | 129.50 |
| R&R Pedestal sink | 1.00 EA@ | 248.55= | 248.55 |
| R&R Toilet | 1.00 EA@ | 244.91= | 244.91 |
| R&R Toilet seat | 1.00 EA@ | 27.62= | 27.62 |
| R&R Shower door - corner unit | 1.00 EA@ | 526.32= | 526.32 |
| R&R Baseboard heat - steam or hot water | 4.08 LF@ | 14.14= | 57.74 |
| R&R Tile floor covering | 30.63 SF@ | 7.17= | 219.58 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 30.63 SF@ | 2.32= | 71.05 |
| R&R Bath accessory | 3.00 EA@ | 21.29= | 63.87 |
| Rough in plumbing - per fixture | 3.00 EA@ | 261.69= | 785.07 |

**Room: Living Room** LxWxH 17'0" x 14'4" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Light fixture | 1.00 EA@ | 146.36= | 146.36 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 807.67 SF@ | 2.17= | 1,752.64 |
| R&R 1/2" drywall - hung & fire taped only | 243.67 SF@ | 1.75= | 426.42 |
| R&R Batt insulation - 4" - R13 | 282.00 SF@ | 0.91= | 256.62 |
| Texture drywall - heavy hand texture | 243.67 SF@ | 1.25= | 304.58 |
| R&R Crown molding - 3 1/4" hardwood | 62.67 LF@ | 5.17= | 323.98 |
| Paint crown molding - two coats | 62.67 LF@ | 1.07= | 67.05 |
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 62.67 LF@ | 16.87= | 1,057.19 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 487.33 SF@ | 3.78= | 1,842.12 |
| Seal then paint the walls and ceiling twice (3 coats) | 807.67 SF@ | 0.96= | 775.36 |
| R&R Casing - 4" - hardwood | 51.00 LF@ | 4.25= | 216.75 |
| Paint casing - two coats | 51.00 LF@ | 1.03= | 52.53 |
| R&R Baseboard - 6" hardwood | 62.67 LF@ | 6.88= | 431.14 |
| Seal & paint baseboard - two coats | 62.67 LF@ | 1.54= | 96.51 |
| R&R Baseboard heat - steam or hot water | 31.67 LF@ | 14.14= | 447.77 |
| R&R Oak flooring - no finish | 243.67 SF@ | 10.99= | 2,677.89 |
| Sand, stain, and finish wood floor | 243.67 SF@ | 3.84= | 935.68 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 243.67 SF@ | 2.32= | 565.31 |



## CONTINUED - Living Room

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Vinyl window - double hung, 9-12 sf | 3.00 EA@ | 337.90= | 1,013.70 |

## 2nd Floor

**Room: Bed 1** **LxWxH 14'4" x 14'0" x 9'0"**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Light fixture | 1.00 EA@ | 146.36= | 146.36 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 710.67 SF@ | 2.17= | 1,542.15 |
| R&R Batt insulation - 4" - R13 | 255.00 SF@ | 0.91= | 232.05 |
| Texture drywall - heavy hand texture | 200.67 SF@ | 1.25= | 250.83 |
| R&R Crown molding - 3 1/4" hardwood | 56.67 LF@ | 5.17= | 292.96 |
| Paint crown molding - two coats | 56.67 LF@ | 1.07= | 60.63 |
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 56.67 LF@ | 16.87= | 955.97 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 200.67 SF@ | 3.78= | 758.52 |
| Seal then paint the walls and ceiling twice (3 coats) | 710.67 SF@ | 0.96= | 682.24 |
| R&R Casing - 4" - hardwood | 51.00 LF@ | 4.25= | 216.75 |
| Paint casing - two coats | 51.00 LF@ | 1.03= | 52.53 |
| R&R Baseboard - 6" hardwood | 56.67 LF@ | 6.88= | 389.86 |
| Seal & paint baseboard - two coats | 56.67 LF@ | 1.54= | 87.27 |
| R&R Baseboard heat - steam or hot water | 31.67 LF@ | 14.14= | 447.77 |
| R&R Oak flooring - no finish | 200.67 SF@ | 10.99= | 2,205.32 |
| Sand, stain, and finish wood floor | 200.67 SF@ | 3.84= | 770.56 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 200.67 SF@ | 2.32= | 465.55 |
| R&R Vinyl window - double hung, 9-12 sf | 3.00 EA@ | 337.90= | 1,013.70 |



**Room: Bed 2** **LxWxH 14'4" x 14'0" x 9'0"**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Light fixture | 1.00 EA@ | 146.36= | 146.36 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 710.67 SF@ | 2.17= | 1,542.15 |
| R&R Batt insulation - 4" - R13 | 255.00 SF@ | 0.91= | 232.05 |
| Texture drywall - heavy hand texture | 200.67 SF@ | 1.25= | 250.83 |
| R&R Crown molding - 3 1/4" hardwood | 56.67 LF@ | 5.17= | 292.96 |
| Paint crown molding - two coats | 56.67 LF@ | 1.07= | 60.63 |
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 56.67 LF@ | 16.87= | 955.97 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 200.67 SF@ | 3.78= | 758.52 |
| Seal then paint the walls and ceiling twice (3 coats) | 710.67 SF@ | 0.96= | 682.24 |
| R&R Casing - 4" - hardwood | 51.00 LF@ | 4.25= | 216.75 |
| Paint casing - two coats | 51.00 LF@ | 1.03= | 52.53 |
| R&R Baseboard - 6" hardwood | 56.67 LF@ | 6.88= | 389.86 |
| Seal & paint baseboard - two coats | 56.67 LF@ | 1.54= | 87.27 |
| R&R Baseboard heat - steam or hot water | 31.67 LF@ | 14.14= | 447.77 |
| R&R Oak flooring - no finish | 200.67 SF@ | 10.99= | 2,205.32 |
| Sand, stain, and finish wood floor | 200.67 SF@ | 3.84= | 770.56 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 200.67 SF@ | 2.32= | 465.55 |
| R&R Vinyl window - double hung, 9-12 sf | 3.00 EA@ | 337.90= | 1,013.70 |

**Room: Master Bedroom** **LxWxH 17'2" x 14'6" x 8'6"**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Light fixture | 1.00 EA@ | 146.36= | 146.36 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 787.25 SF@ | 2.17= | 1,708.34 |
| R&R Batt insulation - 4" - R13 | 269.17 SF@ | 0.91= | 244.95 |
| Texture drywall - heavy hand texture | 248.92 SF@ | 1.25= | 311.15 |
| R&R Crown molding - 3 1/4" hardwood | 63.33 LF@ | 5.17= | 327.44 |
| Paint crown molding - two coats | 63.33 LF@ | 1.07= | 67.77 |
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 63.33 LF@ | 16.87= | 1,068.43 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 248.92 SF@ | 3.78= | 940.91 |
| Seal then paint the walls and ceiling twice (3 coats) | 787.25 SF@ | 0.96= | 755.76 |
| R&R Casing - 4" - hardwood | 51.00 LF@ | 4.25= | 216.75 |
| Paint casing - two coats | 51.00 LF@ | 1.03= | 52.53 |
| R&R Baseboard - 6" hardwood | 63.33 LF@ | 6.88= | 435.74 |
| Seal & paint baseboard - two coats | 63.33 LF@ | 1.54= | 97.53 |
| R&R Baseboard heat - steam or hot water | 31.67 LF@ | 14.14= | 447.77 |
| R&R Oak flooring - no finish | 248.92 SF@ | 10.99= | 2,735.59 |


## CONTINUED - Master Bedroom

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Sand, stain, and finish wood floor | 248.92 SF@ | 3.84= | 955.84 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 248.92 SF@ | 2.32= | 577.49 |
| R&R Vinyl window - double hung, 9-12 sf | 3.00 EA@ | 337.90= | 1,013.70 |

**Room: Hall**                                        LxWxH  14'0" x 3'6" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Light fixture | 1.00 EA@ | 146.36= | 146.36 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 364.00 SF@ | 2.17= | 789.88 |
| Texture drywall - heavy hand texture | 49.00 SF@ | 1.25= | 61.25 |
| R&R Crown molding - 3 1/4" hardwood | 35.00 LF@ | 5.17= | 180.95 |
| Paint crown molding - two coats | 35.00 LF@ | 1.07= | 37.45 |
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 35.00 LF@ | 16.87= | 590.45 |
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 49.00 SF@ | 3.78= | 185.22 |
| Seal then paint the walls and ceiling twice (3 coats) | 364.00 SF@ | 0.96= | 349.44 |
| R&R Casing - 4" - hardwood | 51.00 LF@ | 4.25= | 216.75 |
| Paint casing - two coats | 51.00 LF@ | 1.03= | 52.53 |
| R&R Baseboard - 6" hardwood | 35.00 LF@ | 6.88= | 240.80 |
| Seal & paint baseboard - two coats | 35.00 LF@ | 1.54= | 53.90 |
| R&R Baseboard heat - steam or hot water | 31.67 LF@ | 14.14= | 447.77 |
| R&R Oak flooring - no finish | 49.00 SF@ | 10.99= | 538.51 |
| Sand, stain, and finish wood floor | 49.00 SF@ | 3.84= | 188.16 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 49.00 SF@ | 2.32= | 113.68 |

**Room: Bathroom**                                    LxWxH  10'6" x 8'2" x 9'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Bathroom fan, light, and heater | 1.00 EA@ | 147.20= | 147.20 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 421.75 SF@ | 2.17= | 915.20 |
| Seal then paint the walls and ceiling twice (3 coats) | 421.75 SF@ | 0.96= | 404.88 |
| R&R Stud wall - 2" x 4" x 8' - 16" oc | 37.33 LF@ | 16.87= | 629.81 |



## CONTINUED - Bathroom

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Joist - floor or ceiling - 2x10 - w/blocking - 16" oc | 171.50 SF@ | 3.78= | 648.27 |
| R&R Casing - 2 1/4" | 17.00 LF@ | 2.03= | 34.51 |
| Paint casing - two coats | 17.00 LF@ | 1.03= | 17.51 |
| R&R Baseboard - 6" hardwood | 37.33 LF@ | 6.88= | 256.86 |
| Seal & paint baseboard - two coats | 37.33 LF@ | 1.54= | 57.49 |
| R&R Medicine cabinet | 1.00 EA@ | 129.50= | 129.50 |
| R&R Pedestal sink | 1.00 EA@ | 248.55= | 248.55 |
| R&R Toilet | 1.00 EA@ | 244.91= | 244.91 |
| R&R Toilet seat | 1.00 EA@ | 27.62= | 27.62 |
| R&R Shower door - corner unit | 1.00 EA@ | 526.32= | 526.32 |
| R&R Baseboard heat - steam or hot water | 4.08 LF@ | 14.14= | 57.74 |
| R&R Tile floor covering | 85.75 SF@ | 7.17= | 614.83 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 85.75 SF@ | 2.32= | 198.94 |
| R&R Bath accessory | 3.00 EA@ | 21.29= | 63.87 |
| Rough in plumbing - per fixture | 3.00 EA@ | 261.69= | 785.07 |

## Room: Electrical

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Rewire - average residence - copper wiring | 1,960.00 SF@ | 3.75= | 7,350.00 |
| R&R Breaker panel - 100 amp | 1.00 EA@ | 671.29= | 671.29 |

## Room: Heat, Vent, & Cool

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Water heater - 50 gallon - Electric | 1.00 EA@ | 700.16= | 700.16 |
| Rough in plumbing - includes supply and waste lines | 1,960.00 SF@ | 3.65= | 7,154.00 |
| R&R Boiler - oil fired | 1.00 EA@ | 4505.76= | 4,505.76 |



**Room: Exterior**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Masonry fireplace & chimney - two story home - Stone | 1.00 EA@ | 7949.88= | 7,949.88 |
| Propane tank - detach & reset | 1.00 EA@ | 207.32= | 207.32 |
| Decorative Brick - on lawn | 1.00 EA@ | 349.43= | 349.43 |
| R&R Brick - structural (Atlas), 8" Side of house for walkway area | 20.00 SF@ | 9.73= | 194.60 |
| R&R Exterior post light fixture | 1.00 EA@ | 239.81= | 239.81 |
| R&R Exterior light fixture | 2.00 EA@ | 80.89= | 161.78 |
| Oil Tank - Detach & Reset | 1.00 EA@ | 597.71= | 597.71 |
| R&R Siding - vinyl | 2,571.00 SF@ | 3.31= | 8,510.01 |
| Remove Siding - Asbestos siding | 2,571.00 SF@ | 0.35= | 899.85 |
| Asbestos test fee - self test (per sample) | 1.00 EA@ | 54.13= | 54.13 |
| Asbestos Removal | 1.00 EA@ | 3575.00= | 3,575.00 |
| R&R Sheathing - plywood - 3/4" - tongue and groove | 2,571.00 SF@ | 2.32= | 5,964.72 |
| R&R Exterior door - solid core lauan / mahogany or birch flush | 1.00 EA@ | 501.68= | 501.68 |
| R&R Door chime | 1.00 EA@ | 77.38= | 77.38 |
| R&R Door lockset & deadbolt - exterior | 1.00 EA@ | 75.82= | 75.82 |
| Stain & finish door slab only (per side) | 2.00 EA@ | 26.21= | 52.42 |
| Deck - remove and replace | 525.00 SF@ | 17.00= | 8,925.00 |
| Stain/finish deck | 525.00 SF@ | 0.64= | 336.00 |
| Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt-two layers | 19.60 SQ@ | 124.14= | 2,433.14 |
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | 19.60 SQ@ | 145.89= | 2,859.44 |
| R&R Sheathing - plywood - 1/2" CDX | 1,960.00 SF@ | 1.66= | 3,253.60 |
| R&R Rafters - 2x10 stick frame roof | 2,217.00 BF@ | 3.19= | 7,072.23 |
| R&R Blown-in insulation - 10" depth - R26 | 960.00 SF@ | 1.44= | 1,382.40 |
| R&R Soffit - vinyl | 634.50 SF@ | 4.99= | 3,166.16 |
| R&R Soffit & fascia - wood - 1' overhang | 96.00 LF@ | 7.49= | 719.04 |
| Prime & paint exterior fascia - wood, 4"- 6" wide | 96.00 LF@ | 0.77= | 73.92 |
| R&R Rigid foam insulation board - 1/2" | 2,571.00 SF@ | 0.92= | 2,365.32 |
| Backhoe/excavator and operator | 80.00 HR@ | 111.00= | 8,880.00 |

**Room: Basement** LxWxH 35'0" x 28'0" x 7'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Concrete slab on grade - 6" - finished in place | 980.00 SF@ | 7.38= | 7,232.40 |
| Concrete pump truck (per hour) | 16.00 HR@ | 229.30= | 3,668.80 |



**CONTINUED - Basement**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| R&R Water softener - electronically metered | 1.00 EA@ | 919.81= | 919.81 |
| R&R Well pump | 1.00 EA@ | 3347.59= | 3,347.59 |
| R&R Stone foundation wall | 1,008.00 SF@ | 33.34= | 33,606.72 |

**Room: General**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 8.00 EA@ | 670.00= | 5,360.00 |
| Permits & fees | 1.00 EA@ | 750.00= | 750.00 |
| Arch./Eng.fees | 1.00 EA@ | 14000.00= | 14,000.00 |
| Temporary power - weekly | 42.00 EA@ | 148.85= | 6,251.70 |
| R&R Temporary power - hookup | 1.00 EA@ | 478.41= | 478.41 |
| Temporary storage trailer | 1.00 EA@ | 806.13= | 806.13 |
| Temporary toilet (per month) | 10.00 MO@ | 101.10= | 1,011.00 |
| Daily Clean up | 1.00 EA@ | 1499.88= | 1,499.88 |
| Post Construction Clean Up | 1.00 EA@ | 1549.88= | 1,549.88 |
| General Demolition - per hour-hauling | 400.00 HR@ | 37.53= | 15,012.00 |
| Landscaping | 1.00 EA@ | 2000.00= | 2,000.00 |
| R&R Coaxial TV cable | 630.00 LF@ | 1.15= | 724.50 |
| R&R Phone / low voltage copper wiring | 630.00 LF@ | 0.80= | 504.00 |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 5,327.00 | SF Walls | 2,589.33 | SF Ceiling | 7,916.33 | SF Walls & Ceiling |
| 2,589.33 | SF Floor | 287.70 | SY Flooring | 642.67 | LF Floor Perimeter |
| 1,534.33 | SF Long Wall | 1,129.17 | SF Short Wall | 642.67 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |


**Basloe, Levin & Cuccaro, Ltd./Adjusters International**

| Summary for Fire | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 286,780.45 |
| Mat Tax (Cap Impr) | @ | 8.000% | 85,659.70 | 6,852.78 |
| Subtotal | | | | 293,633.23 |
| Overhead | @ | 10.00% | 293,633.23 | 29,363.32 |
| Profit | @ | 10.00% | 293,633.23 | 29,363.32 |
| Replacement Cost Value | | | | 352,359.87 |
| Less Deductible | | | | (500.00) |
| **Net Claim** | | | | **351,859.87** |

Michael D. Williams

## Recap by Room

| Estimate: MOSLEM | | |
|---|---|---|
| Area: Interior | | |
| Area: First Floor | | |
| Dining Room | 13,480.55 | 4.70% |
| Kitchen | 22,413.41 | 7.82% |
| Bathroom | 4,066.80 | 1.42% |
| Living Room | 13,389.60 | 4.67% |
| Area Subtotal: First Floor | 53,350.36 | 18.60% |
| Area: 2nd Floor | | |
| Bed 1 | 10,571.02 | 3.69% |
| Bed 2 | 10,571.02 | 3.69% |
| Master Bedroom | 12,104.05 | 4.22% |
| Hall | 4,193.10 | 1.46% |
| Bathroom | 6,009.08 | 2.10% |
| Area Subtotal: 2nd Floor | 43,448.27 | 15.15% |
| Area Subtotal: Interior | 96,798.63 | 33.75% |
| Electrical | 8,021.29 | 2.80% |
| Heat, Vent, & Cool | 12,359.92 | 4.31% |
| Exterior | 70,877.79 | 24.72% |
| Basement | 48,775.32 | 17.01% |
| General | 49,947.50 | 17.42% |
| Subtotal of Areas | 286,780.45 | 100.00% |
| Total | 286,780.45 | 100.00% |



Basloe, Levin & Cuccaro, Ltd./Adjusters International

| Recap By Category | | | | |
|---|---|---|---|---|
| **O&P Items** | | | **Total Dollars** | **%** |
| APPLIANCES | | | 1,633.40 | 0.46% |
| CABINETRY | | | 4,760.04 | 1.35% |
| CLEANING | | | 3,049.76 | 0.87% |
| CONCRETE | | | 7,588.80 | 2.15% |
| GENERAL DEMOLITION | | | 50,803.01 | 14.42% |
| DOORS | | | 741.10 | 0.21% |
| DRYWALL | | | 13,836.59 | 3.93% |
| ELECTRICAL | | | 9,320.72 | 2.65% |
| ELECTRICAL - SPECIAL SYSTEMS | | | 207.32 | 0.06% |
| MISC .EQUIPMENT - COMMERCIAL | | | 2,000.00 | 0.57% |
| HEAVY EQUIPMENT | | | 8,880.00 | 2.52% |
| FLOOR COVERING - CERAMIC TILE | | | 2,713.75 | 0.77% |
| FLOOR COVERING - WOOD | | | 15,577.25 | 4.42% |
| PERMITS AND FEES | | | 18,379.13 | 5.22% |
| FINISH CARPENTRY / TRIMWORK | | | 6,372.92 | 1.81% |
| FINISH HARDWARE | | | 251.22 | 0.07% |
| FIREPLACES | | | 7,386.93 | 2.10% |
| FRAMING & ROUGH CARPENTRY | | | 39,529.68 | 11.22% |
| HEAT, VENT & AIR CONDITIONING | | | 7,828.71 | 2.22% |
| INSULATION | | | 3,393.41 | 0.96% |
| LIGHT FIXTURES | | | 1,549.02 | 0.44% |
| MASONRY | | | 28,110.39 | 7.98% |
| MIRRORS & SHOWER DOORS | | | 1,021.26 | 0.29% |
| PLUMBING | | | 15,428.67 | 4.38% |
| PAINTING | | | 7,884.84 | 2.24% |
| ROOFING | | | 2,859.44 | 0.81% |
| SIDING | | | 7,687.29 | 2.18% |
| SOFFIT, FASCIA, & GUTTER | | | 3,662.46 | 1.04% |
| TEMPORARY REPAIRS | | | 8,546.24 | 2.43% |
| WINDOWS - VINYL | | | 5,777.10 | 1.64% |
| **Subtotal** | | | **286,780.45** | **81.39%** |
| Mat Tax (Cap Impr) | @ | 8.000% | 6,852.78 | 1.94% |
| Overhead | @ | 10.00% | 29,363.32 | 8.33% |
| Profit | @ | 10.00% | 29,363.32 | 8.33% |
| **O&P Items Subtotal** | | | **352,359.87** | **100.00%** |


Basloe, Levin & Cuccaro, Ltd./Adjusters International

| | | |
|---|---|---|
| **Subtotal** | **352,359.87** | **100.00%** |
| Less Deductibles | (500.00) | |
| **Grand Total** | **351,859.87** | |

MOSLEM 03/14/2007 Page: 14
