# EXHIBIT "T"

# HOMEOWNERS POLICY - DECLARATIONS

The following Declarations complete the below numbered policy
and supercede any previous declarations issued by

01/22/07

**VERMONT MUTUAL INSURANCE CO**
89 State Street, PO Box 188
Montpelier, Vt 05602

**NAMED INSURED & ADDRESS**
SAAED MOSLEM
2276 ROUTE 302
MIDDLETOWN, NY 10941-3220

HO1  2-30-75-63
NEW POLICY

**AGENCY**
PARIETTI & MCGUIRE (845) 781-8000
562 RTE 17M
MONROE, NY 10950-3409

DIRECT BILL TO MORTGAGEE
COUNTRYWIDE HOME LOANS INC

**POLICY PERIOD**
From: 06/22/2006 To: 06/22/2007     12:01 A.M. Standard Time at residence premises.
The residence premises covered by this policy is located at
2276 ROUTE 302
MIDDLETOWN, NY 10941-3220

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions.

| COVERAGES | LIMIT OF LIABILITY | | PREMIUM |
|---|---|---|---|
| **SECTION I** | | | |
| A. Dwelling | $350,000 | Basic Policy Premium | $971 |
| B. Other Structures | $35,000 | Additional Premiums | |
| C. Personal Property | $245,000 | | |
| D. Loss of Use | $70,000 | Total Premium | $971 |
| **SECTION II** | | | |
| E. Personal Liability-each occurrence | $500,000 | | |
| F. Medical Payments to Others-each person | $1,000 | | |

**DEDUCTIBLES**
In case of a loss under Section I, we cover only that part of the loss over the
$500 HIGHER DEDUCTIBLE

**SECTION II - OTHER INSURED LOCATIONS**

**MORTGAGEE**
COUNTRYWIDE HOME LOANS INC
ISAOA ATIMA   FTWX-22
PO BOX 961206
FORT WORTH, TX 76161-0206
LOAN NUMBER: 100006210

_____         _____
Date                Countersigned by Authorized Agent

INSURED   COPY
FORMS AND ENDORSEMENTS MADE A PART OF THIS POLICY AT TIME OF ISSUE
ARE PRINTED ON THE FOLLOWING PAGE(S).

8/00