# EXHIBIT "U"

